RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

*[Proposed] Liaison Counsel for Plaintiffs and Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| PHILIPPE LEMIEUX, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CANAAN INC., NANGENG ZHANG, JIAXUAN LI, JIANPING KONG, QIFENG SUN, QUANFU HONG, CITIGROUP GLOBAL MARKETS INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, GALAXY DIGITAL ADVISORS LLC, HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED, TIGER BROKERS (NZ) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, AND VIEWTRADE SECURITIES, INC.,<br><br>    Defendants. | **CASE No.: 3:20-cv-00356-MO**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JEFFREY S. RATLIFF IN SUPPORT OF MOTION OF MOVANTS BOLUKA GARMENT CO., LIMITED AND HONGKUO TANG FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF COUNSEL** |

I, Jeffrey S. Ratliff, declare:

1. I am an attorney duly licensed to practice in the State of Oregon and before this Court. I am a partner at Ransom, Gilbertson, Martin & Ratliff, LLP, attorneys for Movants Boluka Garment Co., Limited and Hongkuo Tang ("Movants"). I make this declaration in support of Movants' motion for appointment as Lead Plaintiffs and approval of Movants' choice of counsel pursuant to Section 27 of the Securities Act. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

    Exhibit 1:    PSLRA Early Notice;

    Exhibit 2:    Movants' PSLRA certifications;

1

Exhibit 3:    Movants' loss chart;

Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.; and

Exhibit 5:    The firm resume of Ransom, Gilbertson, Martin &

Ratliff, LLP.

I declare under penalty of perjury under the laws of the State of Oregon and the United States of America that the foregoing is true and correct.

Executed this 4th of May 2020.

RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP
By:
Jeffrey S. Ratliff

2