Jon W. Monson, OSB No. 102650
jmonson@cablehuston.com
CABLE HUSTON LLP
1455 SW Broadway, Suite 1500
Portland, OR  97201
(503) 224-3092

William K. Pao (*pro hac vice*)
wpao@omm.com
Meg K. Lippincott (*pro hac vice*)
mlippincott@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
(213) 430-6000

Daniel L. Cantor (*pro hac vice*)
dcantor@omm.com
O'MELVENY & MYERS LLP
7 Times Square
New York, NY 10036
(212) 326-2000

*Attorneys for Defendant Canaan Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PHILIPPE LEMIEUX, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CANAAN INC., NANGENG ZHANG, JIAXUAAN LI, JIANPING KONG, QQIFENG SUN, QUANFU HONG, CITIGROUP GLOBAL MARKETS INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CMB <br>           (*caption continued next page*) | Case No. 3:20-cv-00356-MO <br><br><br> **DECLARATION OF MEG K. LIPPINCOTT IN SUPPORT OF DEFENDANT CANAAN, INC.'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)** |

INTERNATIONAL CAPITAL LIMITED,
GALAXY DIGITAL ADVISORS LLC,
HUATAI FINANCIAL HOLDINGS (HONG
KONG) LIMITED, TIGER BROKERS (NZ)
LIMITED, HAITONG INTERNATIONAL
SECURITIES COMPANY LIMITED, and
VIEWTRADE SECURITIES, INC.,

　　　　　Defendants.

MEG K. LIPPINCOTT hereby declares under penalty of perjury as follows:

1.　　　I am a member of the Bar of the State of California and an attorney at O'Melveny & Myers, counsel for Defendant Canaan Inc. ("Canaan"), in the above-captioned action. On April 30, 2020, this Court granted my motion to appear *pro hace vice* in this case.

2.　　　I respectfully submit this Declaration on behalf of Canaan to provide the Court with certain documents cited in Defendants' Motion to Transfer Venue, dated June 1, 2020, filed concurrently herewith.

3.　　　Attached are true and correct copies of the following exhibits:

Exhibit 1.　　　Attached hereto as Exhibit 1 is a true and correct copy of Canaan's Amendment No. 4 to Form F-1 Registration Statement, which was filed with the Securities and Exchange Commission ("SEC") on November 20, 2019;

Exhibit 2.　　　Attached hereto as Exhibit 2 is a true and correct copy of the form of Canaan's Underwriting Agreement filed as Exhibit 1.1 to the Registration Statement;

Exhibit 3.　　　Attached hereto as Exhibit 3 is a true and correct copy of the form of Deposit Agreement between Canaan Inc., The Bank of New York Mellon, and the Owners and Holders of American Depositary

Page 2 – DECLARATION OF MEG K. LIPPINCOTT IN SUPPORT OF DEFENDANT CANAAN INC.'S MOTION TO TRANSFER VENUE

Shares filed as Exhibit 4.2 to the Registration Statement;

Exhibit 4.      Attached hereto as Exhibit 4 is a true and correct copy of the

Complaint filed in *Salmaan Abdullahi v. Canaan Inc., et al.*, No.

651515/2020, ECF Dkt. No. 1 (Sup. Ct., N.Y. Cty. Mar. 6, 2020)

on March 6, 2020;

Exhibit 5.      Attached hereto as Exhibit 5 is a true and correct copy of flight

information obtained from Google Flights

(https://www.google.com/flights) showing the available non-stop

flights from Shanghai Pudong International Airport to John F.

Kennedy International Airport in New York on January 4, 2021,

the first business day of 2021;

Exhibit 6.      Attached hereto as Exhibit 6 is a true and correct copy of flight

information obtained from Google Flights

(https://www.google.com/flights) showing there are no available

non-stop flights from Shanghai Pudong International Airport to

Portland International Airport on January 4, 2021;

Exhibit 7.      Attached hereto as Exhibit 7 is a true and correct copy of flight

information obtained from Google Flights

(https://www.google.com/flights) showing the available non-stop

flights from Hong Kong International Airport to John F. Kennedy

International Airport in New York on January 4, 2021;

Exhibit 8.      Attached hereto as Exhibit 8 is a true and correct copy of flight

information obtained from Google Flights

Page 3 – DECLARATION OF MEG K. LIPPINCOTT IN SUPPORT OF DEFENDANT
CANAAN INC.'S MOTION TO TRANSFER VENUE

(https://www.google.com/flights) showing there are no available non-stop flights from Hong Kong International Airport to Portland International Airport in New York on January 4, 2021;

Exhibit 9. Attached hereto as Exhibit 9 is a true and correct copy of flight information obtained from Google Flights (https://www.google.com/flights) showing the available non-stop flights from Fort Lauderdale International Airport to John F. Kennedy International Airport in New York on January 4, 2021; and

Exhibit 10. Attached hereto as Exhibit 10 is a true and correct copy of flight information obtained from Google Flights (https://www.google.com/flights) showing the available flights from Fort Lauderdale International Airport to Portland International Airport on January 4, 2021.  There are no non-stop flights available from any of the Boca Raton airports to Portland.

4. On May 22, 2020, the Parties participated in a meet and confer on the Motion to Transfer Venue via teleconference.  During that meet and confer, Plaintiff's counsel confirmed that Boluka Garment Co., Limited and Hongkuo Tang, who have moved for appointment as Lead Plaintiffs, are not Oregon residents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June 2020 in Los Angeles, California.

      _s/Meg K. Lippincott_____
      Meg K. Lippincott

Page 4 – DECLARATION OF MEG K. LIPPINCOTT IN SUPPORT OF DEFENDANT CANAAN INC.'S MOTION TO TRANSFER VENUE