# EXHIBIT 5

 



One way ▾    1 passenger ▾    Economy ▾

○ Shanghai PVG    ⇄    📍 New York JFK    📅 Mon, Jan 4    ‹ ›

Bags ▾    Nonstop ✕    Airlines ▾    Price ▾    Times ▾    Connecting airports ▾    More ▾

📅 Date grid    📊 Price graph    ✈ Nearby airports

---

ℹ **Check before traveling**

Check for government guidance related to coronavirus (COVID-19) before traveling

---

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| | | | | | |
|---|---|---|---|---|---|
| 11:30 AM – 1:25 PM<br>China Eastern | 14h 55m<br>PVG–JFK | Nonstop | | $1,384 | ⌄ |
| 8:20 PM – 10:00 PM<br>China Eastern | 14h 40m<br>PVG–JFK | Nonstop | | $1,384 | ⌄ |

The Roosevelt Hotel
$92
3.7            (6327)

YOTEL New York
4.1            (6243)
$99

Grand Hyatt New York
4.2            (5733)
$184

## Explore more destinations from Shanghai





Google Flights    🌐 Language · English ▾    Country · United States ▾    Currency · USD ▾

Find the cheapest and best flight for you.

About Google        Privacy & Terms        Help Center and Consumer Information