# EXHIBIT 6



One way ▾    1 passenger ▾    Economy ▾

| ○ Shanghai PVG | ⇄ | ● Portland PDX | | 📅 Mon, Jan 4 | ‹ › |

Bags ▾    Nonstop ✕    Airlines ▾    Price ▾    Times ▾    Connecting airports ▾    More ▾

Date grid    |    Price graph    |    Nearby airports

ⓘ    **Check before traveling**
Check for government guidance related to coronavirus (COVID-19) before traveling

Aw snap, no results.

Clear all filters

 



Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**