# EXHIBIT 7

Case 1:20-cv-07139-JPO   Document 19-7   Filed 06/01/20   Page 1 of 3

One way ▾    1 passenger ▾    Economy ▾

○ Hong Kong HKG    ⇄    📍 New York JFK    📅 Mon, Jan 4    ‹ ›

Bags ▾    Nonstop ✕    Airlines ▾    Price ▾    Times ▾    Connecting airports ▾    More ▾

📅 Date grid    📊 Price graph    ✈ Nearby airports

### ⓘ  Check before traveling

Check for government guidance related to coronavirus (COVID-19) before traveling

Prices are currently typical for your trip.    Details ▾

## All flights

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| | | | | | |
|---|---|---|---|---|---|
| 3:35 AM – 6:00 AM<br>Cathay Pacific · American | 15h 25m<br>HKG–JFK | Nonstop | | $1,223 | ▾ |
| 9:30 AM – 12:10 PM<br>Cathay Pacific · American | 15h 40m<br>HKG–JFK | Nonstop | | $1,223 | ▾ |
| 4:15 PM – 7:25 PM<br>Cathay Pacific · American | 16h 10m<br>HKG–JFK | Nonstop | | $1,223 | ▾ |



| | The Roosevelt Hotel | | YOTEL New York | | Grand Hyatt New York | |
|---|---|---|---|---|---|---|
| $92 | 3.7 | (6327) | $99 4.1 | (6243) | $184 4.2 | (5733) |




**Google** Flights    🌐 Language · **English** ▾    Country · **United States** ▾    Currency · **USD** ▾

Find the cheapest and best flight for you.

About Google    Privacy & Terms    Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**