# EXHIBIT 8



Sign in

One way ▾    1 passenger ▾    Economy ▾

○ Hong Kong HKG    ⇄    📍 Portland PDX    📅 Mon, Jan 4    ‹ ›

Bags ▾    Nonstop ✕    Airlines ▾    Price ▾    Times ▾    Connecting airports ▾    More ▾

📅 Date grid    📊 Price graph    ✈ Nearby airports

ⓘ    **Check before traveling**
Check for government guidance related to coronavirus (COVID-19) before traveling

Aw snap, no results.

Clear all filters



Find the cheapest and best flight for you.

About Google     Privacy & Terms     Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**