# EXHIBIT 9

Google    Sign in

One way ⌄    1 passenger ⌄    Economy ⌄

○ Fort Lauderdale FLL    ⇄    📍 New York JFK    📅 Mon, Jan 4    < >

Bags ⌄    Nonstop ✕    Airlines ⌄    Price ⌄    Times ⌄    Connecting airports ⌄    More ⌄

Date grid    Price graph    Nearby airports



ⓘ    ### Check before traveling
Check for government guidance related to coronavirus (COVID-19) before traveling

## Best flights ⓘ

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.    Sort by:

| | | | | | |
|---|---|---|---|---|---|
| ▲ Delta | 7:45 PM – 10:42 PM | 2h 57m  FLL–JFK | Nonstop | **$174** | ⌄ |
| ▲ Delta | 7:25 AM – 10:12 AM | 2h 47m  FLL–JFK | Nonstop | $214 | ⌄ |
| jetBlue | 9:05 PM – 11:47 PM | 2h 42m  FLL–JFK | Nonstop | $214 | ⌄ |

| | | |
|---|---|---|
| Prices are currently typical for your trip. | Details | ⌄ |

## Other flights

| | | | | | |
|---|---|---|---|---|---|
| jetBlue | 5:01 AM – 7:49 AM | 2h 48m  FLL–JFK | Nonstop | $214 | ⌄ |
| jetBlue | 6:05 AM – 8:53 AM | 2h 48m  FLL–JFK | Nonstop | $214 | ⌄ |
| jetBlue | 7:12 AM – 10:02 AM | 2h 50m  FLL–JFK | Nonstop | $214 | ⌄ |
| jetBlue | 8:40 AM – 11:29 AM | 2h 49m  FLL–JFK | Nonstop | $214 | ⌄ |
| jetBlue | 5:47 PM – 8:43 PM | 2h 56m  FLL–JFK | Nonstop | $214 | ⌄ |
| jetBlue | 3:40 PM – 6:38 PM | 2h 58m | Nonstop | $244 | ⌄ |



| | | | | | |
|---|---|---|---|---|---|
| Delta | 11:51 AM – 2:42 PM<br>Delta | 2h 51m<br>FLL–JFK | Nonstop | $269 | ⌄ |
| Delta | 3:35 PM – 6:35 PM<br>Delta | 3h 0m<br>FLL–JFK | Nonstop | $269 | ⌄ |
| jetBlue | 10:45 AM – 1:36 PM<br>JetBlue | 2h 51m<br>FLL–JFK | Nonstop | $284 | ⌄ |
| jetBlue | 11:50 AM – 2:41 PM<br>JetBlue | 2h 51m<br>FLL–JFK | Nonstop | $284 | ⌄ |

## Hotels in New York ⓘ

Nightly prices for 1 guest Jan 4–Jan 6

**Search for hotels** ↗

 The Roosevelt Hotel
$109
3.7          (6337)

 YOTEL New York
4.1          (6251)
$89

 Grand Hyatt New York
$132
4.2          (5732)

## Explore more destinations from Fort Lauderdale



**Google** Flights

| 🌐 Language · English ⌄ | Country · United States ⌄ | Currency · USD ⌄ |
|---|---|---|

Find the cheapest and best flight for you.

About Google          Privacy & Terms          Help Center and Consumer Information

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**