# EXHIBIT 10



One way ▾    1 passenger ▾    Economy ▾

◯ Fort Lauderdale FLL    ⇄    📍 Portland PDX          📅 Mon, Jan 4          ⟨  ⟩

Bags ▾    Stops ▾    Airlines ▾    Price ▾    Times ▾    Conn

Travel on Jan 5 for $167
Change dates

🗓 Date grid        📊 Price graph        🎖 Nearby airports

---

ⓘ **Check before traveling**

Check for government guidance related to coronavirus (COVID-19) before traveling

---

## Best flights ⓘ

Total price includes taxes + fees for 1 adult. Additional bag fees and other fees may apply.

Sort by:

| | | | | | |
|---|---|---|---|---|---|
| ◢ Delta | 9:53 AM – 7:54 PM | 13h 1m<br>FLL–PDX | 2 stops<br>ATL, LAX | $243 | ▾ |
| American | 3:52 PM – 12:26 AM[+1] | 11h 34m<br>FLL–PDX | 2 stops<br>CLT, DFW | $258 | ▾ |
| United | 6:55 PM – 12:25 AM[+1] | 8h 30m<br>FLL–PDX | 1 stop<br>1h 6m IAH | $303 | ▾ |
| American | 7:10 PM – 12:26 AM[+1] | 8h 16m<br>FLL–PDX | 1 stop<br>1h 7m DFW | $323 | ▾ |

---

Prices are currently typical for your trip.    Details ▾

---

## Other flights

Prices are not available for: Southwest. Flights with unavailable prices are at the end of the list.

| | | | | | |
|---|---|---|---|---|---|
| Delta | 7:59 PM – 10:45 AM[+1] | 17h 46m<br>FLL–PDX | 2 stops<br>ATL, MSP | $266 | ▾ |
| Delta | 10:53 AM – 7:54 PM | 12h 1m<br>FLL–PDX | 2 stops<br>ATL, LAX | $273 | ▾ |
| Delta | 6:25 PM – 10:45 AM[+1] | 19h 20m<br>FLL–PDX | 1 stop<br>11h 43m MSP | $286 | ▾ |
| Silver Airways, United | 2:55 PM – 12:25 AM[+1] | 12h 30m<br>FLL–PDX | 2 stops<br>MCO, IAH | $294 | ▾ |

| | | | | | |
|---|---|---|---|---|---|
| United | 8:55 AM – 5:43 PM | 11h 48m FLL–PDX | 2 stops IAH, SFO | $312 | ⌄ |
| United | 7:00 AM – 12:15 PM | 8h 15m FLL–PDX | 1 stop 45m IAH | $347 | ⌄ |
| United | 8:00 AM – 1:15 PM | 8h 15m FLL–PDX | 1 stop 48m DEN | $347 | ⌄ |
| United | 3:00 PM – 9:10 PM | 9h 10m FLL–PDX | 1 stop 1h 37m IAH | $347 | ⌄ |
| United | 5:55 PM – 11:54 PM | 8h 59m FLL–PDX | 1 stop 1h 45m DEN | $347 | ⌄ |
| United | 9:15 AM – 3:15 PM | 9h 0m FLL–PDX | 1 stop 1h 16m ORD | $387 | ⌄ |
| United | 4:26 PM – 10:08 PM | 8h 42m FLL–PDX | 1 stop 55m ORD | $387 | ⌄ |
| American | 3:52 PM – 10:09 PM | 9h 17m FLL–PDX | 1 stop 1h 50m CLT | $392 | ⌄ |
| American | 6:00 AM – 10:59 AM | 7h 59m FLL–PDX | 1 stop 54m DFW | $393 | ⌄ |
| American | 9:00 AM – 2:34 PM | 8h 34m FLL–PDX | 1 stop 1h 26m DFW | $393 | ⌄ |
| American | 3:10 PM – 8:59 PM | 8h 49m FLL–PDX | 1 stop 1h 39m DFW | $393 | ⌄ |
| Alaska | 6:40 PM – 8:29 AM[+1] | 16h 49m FLL–PDX | 1 stop 8h 50m LAX | $406 | ⌄ |
| Delta | 5:50 PM – 10:54 PM | 8h 4m FLL–PDX | 1 stop 51m ATL | $483 | ⌄ |
| United, Alaska | 3:20 PM – 8:25 PM | 8h 5m FLL–PDX | 1 stop 50m DEN | $555 | ⌄ |
| Ala… · Operated by Horizon Air as Alask… | 9:20 AM – 2:35 PM | 8h 15m FLL–PDX | 1 stop 50m SEA | $589 | ⌄ |

**113 more flights**

## Hotels in Portland ⓘ

Nightly prices for 1 guest Jan 4–Jan 6

Search for hotels ↗

| Kimpton Hotel Monaco… | The Paramount Hotel Portland | Hotel Rose - A Staypineapple… |
|---|---|---|

Explore more destinations from Fort Lauderdale



**Google** Flights

| 🌐 Language · **English** ▼ | Country · **United States** ▼ | Currency · **USD** ▼ |

Find the cheapest and best flight for you.

**About Google**    **Privacy & Terms**    **Help Center and Consumer Information**

Displayed currencies may differ from the currencies used to purchase flights. **Learn more.**