IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**BOLUKA GARMENT CO., LIMITED**,
et al.,

Case No. 3:20-cv-00356-MO

Plaintiffs,                                  ORDER OF TRANSFER

v.

**CANAAN, INC.**, et al.,

Defendants.

**MOSMAN, J.**,

Defendant's Motion to Change Venue [18] is GRANTED. This case will be transferred to the U.S. District Court for the Southern District of New York pursuant to 28 U.S.C. 1404(a).

DATED this 31st day of August, 2020.

_Michael W. Mosman_
MICHAEL W. MOSMAN
United States District Judge

1 – ORDER OF TRANSFER