UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOLUKA GARMENT CO., LIMITED and HONGKUO TANG, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CANAAN INC., NANGENG ZHANG, JIAXUAN LI, JIANPING KONG, QIFENG SUN, QUANFU HONG, CITIGROUP GLOBAL MARKETS INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, GALAXY DIGITAL ADVISORS LLC, HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED, TIGER BROKERS (NZ) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, and VIEWTRADE SECURITIES, INC.,<br><br>        Defendants. | Case No. 1:20-cv-07139-AT<br><br>PUTATIVE CLASS ACTION |

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Federal Rule of Civil Procedure 7.1, defendant Galaxy Digital Partners LLC (formerly known as Galaxy Digital Advisors LLC), through its undersigned counsel, hereby states that Galaxy Digital Partners LLC is a wholly owned subsidiary of Galaxy Digital LP, a limited partnership, which, in turn, is a wholly owned subsidiary of Galaxy Digital Holdings LP, a limited partnership.  Galaxy Digital Holdings Ltd., a publicly traded company listed on the Toronto Stock Exchange, owns more than 10% of the stock of Galaxy Digital Holdings LP.

Dated: New York, New York
September 30, 2020

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:  s/ Susanna M. Buergel
      Susanna M. Buergel
      Audra J. Soloway
      Yahonnes Cleary

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
sbuergel@paulweiss.com
asoloway@paulweiss.com
ycleary@paulweiss.com

*Counsel for Galaxy Digital Partners LLC*