| **From:** | Cleary, Yahonnes |
|---|---|
| **To:** | Jing Chen; Lippincott, Meg K.; Pao, William K. |
| **Cc:** | rgmr1500@gmail.com; Laurence Rosen; Soloway, Audra J; Cantor, Daniel L.; Buergel, Susanna M |
| **Subject:** | RE: Activity in Case 1:20-cv-07139-AT Boluka Garment Co., Limited, et al v. Canaan, Inc. et al Notice to Attorney Regarding Deficient Pleading |
| **Date:** | Wednesday, October 7, 2020 5:25:24 PM |

<div style="background-color:red; color:white; text-align:center; font-weight:bold;">[EXTERNAL EMAIL]</div>

Yes, we consent. Thanks.

**Yahonnes Cleary** | Partner (Bio)

**Paul, Weiss, Rifkind, Wharton & Garrison LLP**

1285 Avenue of the Americas | New York, NY 10019-6064

+1 212 373 3462 (Direct Phone) | +1 212 492 0462 (Direct Fax)

ycleary@paulweiss.com | www.paulweiss.com

---

**From:** Jing Chen <jchen@rosenlegal.com>
**Sent:** Wednesday, October 7, 2020 5:23 PM
**To:** Lippincott, Meg K. <mlippincott@omm.com>; Cleary, Yahonnes <ycleary@paulweiss.com>; Pao, William K. <wpao@omm.com>
**Cc:** rgmr1500@gmail.com; Laurence Rosen <lrosen@rosenlegal.com>; Soloway, Audra J <asoloway@paulweiss.com>; Cantor, Daniel L. <dcantor@omm.com>; Buergel, Susanna M <sbuergel@paulweiss.com>
**Subject:** RE: Activity in Case 1:20-cv-07139-AT Boluka Garment Co., Limited, et al v. Canaan, Inc. et al Notice to Attorney Regarding Deficient Pleading

Hi Meg,

Thank you for the email. We are agreeable with the deadline for defendants to respond being 60 days after we properly file our corrected amended complaint.

Does the underwriters' counsel also consent to us submitting the corrected amended complaint?

Thank you.

Kind regards,

Jing

JING CHEN, ESQ.
THE ROSEN LAW FIRM, P.A.
101 GREENWOOD AVENUE, SUITE 440
JENKINTOWN, PA 19046
DIRECT DIAL: (646) 437-7797
GENERAL TEL.: (215) 600-2817
FAX: (212) 202-3827
IN NEW YORK: (212) 686-1060

jchen@rosenlegal.com
www.rosenlegal.com

---

**From:** Lippincott, Meg K. <mlippincott@omm.com>
**Sent:** Wednesday, October 7, 2020 5:06 PM
**To:** Jing Chen <jchen@rosenlegal.com>; Cleary, Yahonnes <ycleary@paulweiss.com>; Pao, William K. <wpao@omm.com>
**Cc:** rgmr1500@gmail.com; Laurence Rosen <lrosen@rosenlegal.com>; Soloway, Audra J <asoloway@paulweiss.com>; Cantor, Daniel L. <dcantor@omm.com>; sbuergel@paulweiss.com
**Subject:** RE: Activity in Case 1:20-cv-07139-AT Boluka Garment Co., Limited, et al v. Canaan, Inc. et al Notice to Attorney Regarding Deficient Pleading

**[EXTERNAL EMAIL]**

Jing,

We are amenable to providing you with consent, but request that our response be due 60 days after the amended complaint is properly filed per the parties' stipulation.

Regards,
Meg

## O'Melveny

**Meg K. Lippincott**
Counsel
mlippincott@omm.com
O: +1-213-430-8352

O'Melveny & Myers LLP
400 South Hope Street, 18th Floor
Los Angeles, CA  90071
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Jing Chen <jchen@rosenlegal.com>
**Sent:** Wednesday, October 7, 2020 9:15 AM
**To:** Cleary, Yahonnes <ycleary@paulweiss.com>; Pao, William K. <wpao@omm.com>
**Cc:** Lippincott, Meg K. <mlippincott@omm.com>; rgmr1500@gmail.com; Laurence Rosen <lrosen@rosenlegal.com>; Soloway, Audra J <asoloway@paulweiss.com>; Cantor, Daniel L. <dcantor@omm.com>; sbuergel@paulweiss.com
**Subject:** FW: Activity in Case 1:20-cv-07139-AT Boluka Garment Co., Limited, et al v. Canaan, Inc. et al Notice to Attorney Regarding Deficient Pleading

[EXTERNAL MESSAGE]

Dear Will and Yahonnes,

The Court issued the below deficiency notice indicating that the caption of the Amended Complaint filed on September 30, 2020 needs to include all named plaintiffs and the signature block needs to have an electronic signature. On October 5, we filed a corrected version. The Court issued a new deficiency notice, stating that in order to file a corrected version, we need to obtain the consent from the opposing counsel or the Court's leave.

Please kindly let us know whether you consent to us filing a corrected Amended Complaint today, correcting these two errors. Attached for your ease of reference is the corrected Amended Complaint we intend to file. We will also update the case number to reflect the initials of Judge Oetken, who was reassigned to our case after the Amended Complaint was filed. Thanks very much.

Kind regards,

Jing

JING CHEN, ESQ.
THE ROSEN LAW FIRM, P.A.
275 MADISON AVENUE, 40TH FLOOR
NEW YORK, NEW YORK 10016
TEL: 212.686.1060
FAX: 212.202.3827
jchen@rosenlegal.com
www.rosenlegal.com

---

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Thursday, October 1, 2020 3:09 PM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-07139-AT Boluka Garment Co., Limited, et al v. Canaan, Inc. et al Notice to Attorney Regarding Deficient Pleading

**[EXTERNAL EMAIL]**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 10/1/2020 at 3:09 PM EDT and filed on 10/1/2020

**Case Name:**     Boluka Garment Co., Limited, et al v. Canaan, Inc. et al

**Case Number:**   1:20-cv-07139-AT

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT PLEADING. Notice to Attorney Laurence Matthew Rosen to RE-FILE Document No. [49] Amended Complaint,,,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the pleading is not correct; all of the filers must be listed on the pleading caption and must be selected as filers on the docket entry text. Re-file the pleading using the event type Amended Complaint found under the event list Complaints and Other Initiating Documents - attach the correct signed PDF - select the individually named filer/filers - select the individually named party/parties the pleading is against. (jgo)**

**1:20-cv-07139-AT Notice has been electronically mailed to:**

Laurence Matthew Rosen    lrosen@rosenlegal.com, lrosen@ecf.courtdrive.com

William Ka Hing Pao    wpao@omm.com, william-pao-6328@ecf.pacerpro.com

Jonathan W. Monson    jmonson@cablehuston.com

Daniel Cantor    dcantor@omm.com

Meg Kalikman Lippincott    mlippincott@omm.com

William Pao    wpao@omm.com

Jing Chen    jchen@rosenlegal.com

Jeffrey S. Ratliff    RGMR1500@gmail.com

Audra J. Soloway    asoloway@paulweiss.com

Susanna M. Buergel    sbuergel@paulweiss.com

Yahonnes Cleary    ycleary@paulweiss.com

**1:20-cv-07139-AT Notice has been delivered by other means to:**

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.