**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BOLUKA GARMENT CO., LIMITED and
HONGKUO TANG, Individually and on behalf
of all others similarly situated,

Plaintiff,

v.

CANAAN, INC., NANGENG ZHANG,
JIAXUAN LI, JIANPING KONG, QIFENG
SUN, QUANFU HONG, CITIGROUP GLOBAL
MARKETS INC., CHINA RENAISSANCE
SECURITIES (HONG KONG) LIMITED, CMB
INTERNATIONAL CAPITAL LIMITED,
GALAXY DIGITAL ADVISORS LLC,
HUATAI FINANCIAL HOLDINGS (HONG
KONG) LIMITED, TIGER BROKERS (NZ)
LIMITED, HAITONG INTERNATIONAL
SECURITIES COMPANY LIMITED, and
VIEWTRADE SECURITIES, INC.

Defendants.

Civil Action No. 1:20-cv-07139-JPO

**DECLARATION OF DANIEL L.
CANTOR IN SUPPORT OF
DEFENDANTS' MOTION TO
DISMISS THE AMENDED CLASS
ACTION COMPLAINT**

---

DANIEL L. CANTOR hereby declares under 28 U.S.C. § 1746 and penalty of perjury as follows:

1.  I am a member of the Bar of the State of New York and an attorney at O'Melveny & Myers LLP, counsel for Defendant Canaan Inc. ("Canaan") in the above-captioned action.

2.  I respectfully submit this declaration on behalf of Defendants to provide the Court with certain documents cited in Defendants' Motion to Dismiss the Amended Class Action Complaint, dated December 7, 2020, filed concurrently herewith.  This declaration is based on my personal knowledge, communications with attorneys working under my supervision, and a review of the true and correct copies of the documents attached to this declaration.

3.      Attached as exhibits hereto are the following documents:

Exhibit 1.        A true and correct copy of Plaintiffs' Amended Complaint filed in this action on September 30, 2020;

Exhibit 2.        A true and correct copy of Canaan's Amendment No. 4 to Form F-1 Registration Statement, which was filed with the Securities and Exchange Commission ("SEC") on November 20, 2019;

Exhibit 3.        A true and correct copy of the form of Canaan's Underwriting Agreement filed as Exhibit 1.1 to the Registration Statement;

Exhibit 4.        A true and correct copy of the report posted online on February 20, 2020 under the pseudonym "Marcus Aurelius Value" ("MAV Report");

Exhibit 5.        A certified translation from Chinese to English of Zhong De Securities Company Limited's Independent Financial Advisor's Audit Opinion, available at http://www.szse.cn/disclosure/listed/bulletinDetail/index.html?bc5fca76-6d92-4cf8-817f-2065ca9c71e8, cited by Plaintiffs in paragraph 39, footnotes 7 and 13 of the Amended Complaint;

DECLARATION OF DANIEL L. CANTOR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Exhibit 6.    A certified translation from Chinese to English of Hangzhou Canaan Creative Information Technology Inc.'s Public Transfer Statement, available at http://www.neeq.com.cn/disclosure/2017/2017-08-30/1504079249_162780.pdf, cited by Plaintiffs in paragraph 40, footnote 17 and paragraph 54, footnote 28 of the Amended Complaint;

Exhibit 7.    A certified translation from Chinese to English of the National Enterprise Credit Information Publicity System's Enterprise Credit Information Publicity Report for Hangzhou Canaan Creative Information Technology Co., Ltd.

Exhibit 8.    A true and correct copy of Grandshores Technology Group Limited's October 27, 2019 press release announcing the Cooperation Agreement between it and Canaan ("Grandshores Press Release").

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of December 2020 in New York, New York.

_s/Daniel L. Cantor_____
Daniel L. Cantor, Esq.

3
DECLARATION OF DANIEL L. CANTOR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS