# EXHIBIT 5

English Translation of
http://www.szse.cn/disclosure/listed/
bulletinDetail/index.html?bc5fca76-6d92-
4cf8-817f-2065ca9c71e8

**Zhong De Securities Company Limited**

**Independent Financial Advisor's Audit Opinion on**

**Shandong Luyitong Intelligent Electric Plc.'s Termination of Issuance of Shares, Acquisition of Assets by Cash, and Raising of Supporting Funds**

**and Connected Transactions**

As the independent financial advisor of Shandong Luyitong Intelligent Electric Plc. (hereinafter referred to as the "Listed Company" or "Luyitong") for the issuance of shares, acquisition of assets by cash, and raising of supporting funds and connected transactions (hereinafter referred to as "the Material Asset Reorganization" or "the Transaction"), Zhong De Securities Company Limited (hereinafter referred to as the "Independent Financial Adviser") prudently audited the reasons for termination of the Material Asset Reorganization in accordance with relevant regulations and issues the special audit opinion as follows:

**I. Main Events Leading to the Material Asset Reorganization**

During the material asset reorganization process, the Listed Company fulfilled the information disclosure obligations on time and in strict accordance with regulations and gave a full risk warning in the reorganization plan and other relevant announcements. The Listed Company has organized the parties concerned to actively promote the implementation of the Material Asset Reorganization in accordance with the relevant regulations of the China Securities Regulatory Commission and the Shenzhen Stock Exchange. The main events leading to the material asset reorganization are as follows:

Due to the planning of significant matters, upon applying to the Shenzhen Stock Exchange, the stocks of the Listed Company, Shandong Luyitong Intelligent Electric Plc. (Stock Abbreviation: Luyitong, Stock Code: 300423), have been suspended from trading since the opening of the market on March 21, 2016 (Announcement Number: 2016-011). In accordance with the relevant provisions of the stock listing rules of the Shenzhen Stock Exchange, the Listed Company's stocks have been suspended from trading for material asset reorganization since March 28, 2016 (Announcement Number: 2016-012).

As the relevant preparatory work for the Material Asset Reorganization has not been completed, the Listed Company submitted an application for an extension to resume trading to the Shenzhen Stock Exchange and issued an Announcement on the Extension to Resume Trading for Material Asset Reorganization (Announcement Number: 2016-018) on April 19, 2016. On May 18, 2016, the Listed Company continued the Announcement on the Extension to Resume Trading for Material Asset Reorganization (Announcement Number: 2016-035). During the trading suspension period, the Listed Company, in accordance with relevant regulations, published an announcement on the progress of the Material Asset Reorganization at least every five trading days.

1

On June 8, 2016, the Listed Company convened the 15th meeting of the Second Board of Directors, at which Shandong Luyitong Intelligent Electric Plc.'s Plan on Issuance of Shares, Acquisition of Assets by Cash, and Raising of Supporting Funds and Connected Transactions, and the proposals related to the plan were reviewed and approved. The Listed Company has disclosed the relevant information on the designated information disclosure website cninf (www.cninfo.com.cn).

On June 22, 2016, the Listed Company received the Inquiry Letter Regarding the Reorganization of Shandong Luyitong Intelligent Electric Co., Ltd. from the Shenzhen Stock Exchange (Licensing Reorganization Inquiry Letter of the Growth Enterprise Market [2016] Number 51). The Listed Company and its independent financial advisor and other intermediary agencies actively prepared for reply, implemented and seriously replied to the review opinions on the Reorganization Inquiry Letter issued by the Shenzhen Stock Exchange one by one and made corresponding supplements and improvements to Shandong Luyitong Intelligent Electric Plc.'s Plan on Issuance of Shares, Acquisition of Assets by Cash, and Raising of Supporting Funds and Connected Transactions, and relevant documents. The Listed Company's reply to the inquiry letter, intermediary agencies' audit opinion, and revised plan and other relevant documents were published on the designated information disclosure website cninf (www.cninfo.com.cn) on July 20, 2016.

On July 25, 2016, the Listed Company received the Inquiry Letter Regarding the Reorganization of Shandong Luyitong Intelligent Electric Co., Ltd. (II) from the Shenzhen Stock Exchange (Licensing Reorganization Inquiry Letter of the Growth Enterprise Market [2016] Number 59). The Listed Company and its independent financial advisor and other intermediary agencies actively prepared the reply and implemented and seriously replied to the review opinions on the Reorganization Inquiry Letter issued by the Shenzhen Stock Exchange one by one. The Listed Company's reply to the inquiry letter, intermediary agencies' audit opinions, and other relevant documents were published on the designated information disclosure website cninf (www.cninfo.com.cn) on August 20, 2016.

On August 19, 2016, the Listed Company received the Inquiry Letter Regarding the Reorganization of Shandong Luyitong Intelligent Electric Co., Ltd. (III) from the Shenzhen Stock Exchange (Licensing Reorganization Inquiry Letter of the Growth Enterprise Market [2016] Number 66). The Listed Company and its independent financial advisor and other intermediary agencies actively prepared and preliminarily completed the reply to the Reorganization Inquiry Letter, and submitted it to the Shenzhen Stock Exchange for formal review.

On September 29, 2016, the Listed Company convened the 17th meeting of the Second Board of Directors, at which the Proposal on the Termination of Issuance of Shares, Acquisition of Assets by Cash, and Raising of Supporting Funds and Connected Transactions was reviewed and approved. As such, the Listed Company decided to terminate the Material Asset Reorganization.

**II. Listed Company's Information Disclosure During Stock Trading Suspension**

2

Since the trading suspension, the Listed Company has, in strict accordance with the relevant regulations of the China Securities Regulatory Commission and the Shenzhen Stock Exchange, organized the parties concerned to actively promote the acquisition of assets by offering shares, engaged independent financial advisors, audits, evaluations, law firms, and other intermediary agencies to carry out specific due diligence, audit, evaluation and other related work on the target company, and conducted full communication and prudent demonstration on the follow-up promotion plan. In addition, the Listed Company has, in accordance with relevant requirements, regularly made progress announcements, given warnings of existing risks and uncertainties, and earnestly fulfilled its information disclosure obligations during the trading suspension period.

**III. Reasons for Termination of the Material Asset Reorganization**

The target company that the Listed Company intended to purchase by offering shares is Hangzhou Canaan Creative Information Technology Co., Ltd. (hereinafter referred to as "Canaan Creative"). Since the Listed Company entered into the material asset reorganization procedure, it has actively driven the work related to the material asset reorganization together with the parties concerned. However, due to the recent changes in the domestic securities market environment, regulatory policies, and other objective conditions, especially the promulgation of the revised Administrative Measures for the Material Asset Reorganizations of Listed Companies and related supporting policies, the Listed Company will face significant uncertainties if it continues to advance the reorganization. After careful study and in order to effectively safeguard the interests of the investors and the parties concerned, the Listed Company decided to terminate the Material Asset Reorganization.

By directly participating in due diligence on the underlying assets that the Listed Company intended to purchase through this reorganization and after repeated communication with the parties concerned, we, as the independent financial advisor, believe that the Listed Company terminated the Material Asset Reorganization on the basis of full due diligence and careful consideration and made such decision and performed the necessary procedures on the premise of protecting the interests of the Listed Company and all shareholders.

**IV. Internal Approval Procedures for Termination of the Material Asset Reorganization**

On September 29, 2016, the Listed Company convened the 17th meeting of the Second Board of Directors, at which the Proposal on the Termination of Issuance of Shares, Acquisition of Assets by Cash, and Raising of Supporting Funds and Connected Transactions was reviewed and approved. As such, the Listed Company decided to terminate the Material Asset Reorganization. In addition, the independent directors have expressed their explicit opinion of consent on this matter.

## V. Effect on the Listed Company

The termination of this reorganization will not adversely affect the production or operation of the Listed Company. In the future, the Listed Company will actively seek more development opportunities through a combination of internal and external development, focus on the company's development strategy for industrial layout, and improve the company's competitiveness.

## VI. Independent Financial Advisor's Audit Opinion

After verification, the Independent Financial Advisor believes that the Listed Company fulfilled its information disclosure obligations in respect of the Material Asset Reorganization on time and in accordance with relevant regulations, and the progress information disclosed by the Listed Company is consistent with the relevant work actually carried out. The Listed Company's Proposal on the Termination of Issuance of Shares, Acquisition of Assets by Cash, and Raising of Supporting Funds and Connected Transactions was reviewed and approved at the 17th meeting of the Second Board of Directors of the Listed Company, and the independent directors have expressed their explicit opinion of consent on this matter. The procedures for the Listed Company's termination of this Material Asset Reorganization are in compliance with the Administrative Measures for the Material Asset Reorganizations of Listed Companies and relevant laws and regulations.

4

5

(This page is intentionally left blank for signing the Audit Opinion of the Independent Financial Advisor Zhong De Securities Company Limited on Shandong Luyitong Intelligent Electric Plc.'s Termination of Issuance of Shares, Acquisition of Assets by Cash, and Raising of Supporting Funds and Connected Transactions)

Zhong De Securities Company Limited

_____, 2016



# TRANSLATION CERTIFICATION

Date: November 20, 2020

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Excerpt of FN17 and 28.pdf;
- Excerpt of Hangzhou Canaan Corporate Records.pdf;
- FN 7 and 13.PDF

Leslie Yale, Project Manager, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents. I affirm that the provided translation was produced under the ISO 9001:2015 certified quality management process and the agents responsible for the specified translations are qualified to translate and review documents for the above language pair."

_____
Signature of Leslie Yale