# EXHIBIT 6

English Translation of Excerpts of
http://www.neeq.com.cn/disclosure/2017/2017-08-30/1504079249_162780.pdf

# Hangzhou Canaan Creative Information Technology Inc.

Seal: *Hangzhou Canaan Creative Information Technology Inc. 3301040154653*



## Public Transfer Statement

(Draft for Application)

## Sponsoring Broker

 **Shanxi Securities Co., Ltd.**

(Business Address: East Tower, Shanxi World Trade Center, No. 69 Fuxi Street, Taiyuan, Shanxi)

**August 2017**

# Definitions

In this Public Transfer Statement, unless otherwise specified, the following abbreviations shall have the following specific meanings:

| | | |
|---|---|---|
| The company, our company, joint-stock company, or Canaan Creative | refers to | Hangzhou Canaan Creative Information Technology Inc. |
| The company, limited company, or Canaan Limited | refers to | Hangzhou Canaan Creative Information Technology Co., Ltd. |
| Sponsoring Broker or Shanxi Securities | refers to | Shanxi Securities Co., Ltd. |
| Report Period or Two Years and One Period | refers to | 2015, 2016, and January–April 2017 |
| End of Each Report Period | refers to | December 31, 2015, December 31, 2016, and April 30, 2017 |
| The Public Transfer Statement | refers to | the Public Transfer Statement of Hangzhou Canaan Creative Information Technology Inc. |
| Three Meetings | refer to | the Shareholders' Meeting, the Board of Directors, and the Board of Supervisors |
| Rules of Procedure of the Three Meetings | refer to | the Rules of Procedure of Shareholders' Meeting, the Rules of Procedure of the Board of Directors Meeting, and the Rules of Procedure of the Board of Supervisors Meeting |
| CSRC | refers to | China Securities Regulatory Commission |
| NEEQ Co. | refers to | National Equities Exchange and Quotations Co., Ltd. |
| Company Law | refers to | the Company Law of the People's Republic of China |
| Securities Law | refers to | the Securities Law of the People's Republic of China |
| Securities Investment Fund Law | refers to | the Securities Investment Fund Law of the People's Republic of China |
| Articles of Association | refer to | the Articles of Association of Hangzhou Canaan Creative Information Technology Inc. and previous Articles of Association of the limited company |
| Canaan Chaoxin | refers to | Hangzhou Canaan Chaoxin Investment Management Partnership (Limited Partnership), formerly known as Beijing Canaan Technology Center (Limited Partnership) |
| Bite Di'er | refers to | Hangzhou Bite Di'er Investment Partnership (Limited Partnership) |
| Shuimu Zehua | refers to | Hangzhou Shuimu Zehua Venture Capital Partnership (Limited Partnership) |
| Zhilan Investment | refers to | Hangzhou Zhilan Investment Partnership (Limited Partnership) |
| Huading Tunlan | refers to | Hangzhou Huading Tunlan Investment Partnership (Limited Partnership) |

(2) Horizontal competition between the company and the enterprises controlled, jointly controlled, or significantly influenced by the directors, supervisors, and senior management personnel

As of the signing date of this Public Transfer Statement, the company's directors, supervisors, and senior management personnel are as follows:

| No. | Name | Position in the Company |
|---|---|---|
| 1 | Zhang Nangeng | Chairman, General Manager, and Board Secretary |
| 2 | Li Jiaxuan | Director and Deputy General Manager |
| 3 | Liu Xiangfu | Director and Deputy General Manager |
| 4 | Kong Jianping | Director |
| 5 | Sun Qifeng | Director |
| 6 | Yao Yongjie | Chairman of the Board of Supervisors |
| 7 | Qin Fengling | Staff Representative Supervisor |
| 8 | Wu Jingjie | Supervisor |
| 9 | Hong Quanfu | Finance Director |

After verification, as of the signing date of this Public Transfer Statement, in addition to the companies disclosed above, the information on other enterprises controlled, jointly controlled, or significantly influenced by the company's directors, supervisors, and senior management personnel is as follows:

| No. | Company Name | Main Business | Association Relationship | Information on Shareholding and Position | Is There Horizontal Competition |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | Beijing Blockchain Financial Services Network Technology Co., Ltd. | The company has not carried out business. | Other enterprises under the control of the director Kong Jianping | Kong Jianping holds 100% of the company's shares and is the company's Executive Director and General Manager | No |
| 2 | Shequn Economic Consulting (Beijing) Co., Ltd. | Enterprise management consulting, culture consulting, investment management, enterprise management, technical services, undertaking of exhibitions and presentations, etc. | Other enterprises under the control of the director Kong Jianping | Kong Jianping holds 88.1% of the company's shares and is the company's Executive Director and General Manager | No |
| 3 | Shequn Chuangzhong Investment Management (Shanghai) Co., Ltd. | The company has not carried out business. | Other enterprises under the control of the director Kong Jianping | Shequn Economic Consulting (Beijing) Co., Ltd. holds 100% of the company's shares, and Kong Jianping is the company's Executive Director and General Manager | No |
| 4 | Hangzhou Shequn Cultural and Creative Co., Ltd. | Community culture and art exchange | Other enterprises under the control of the director Kong Jianping | Shequn Economic Consulting (Beijing) Co., Ltd. holds 90% of the company's shares, and Kong Jianping is the company's Executive Director and General Manager | No |
| 5 | Shequngou E-Commerce (Beijing) Co., Ltd. | Community e-commerce business | Other enterprises under the control of the director Kong Jianping | Shequn Economic Consulting (Beijing) Co., Ltd. holds 90% of the company's shares, and Kong Jianping is the company's Executive Director and Manager | No |
| 6 | Zhejiang Shubei Investment Management Co., Ltd. | Investment Management | Other enterprises under the control of the director Kong Jianping; | Kong Jianping and Sun Qifeng hold 50% and 25% of the company's shares, respectively. Kong Jianping is the company's Executive Director, and Sun Qifeng is Supervisor | No |
| 7 | Zhejiang Suanli Network Science and Technology Co., Ltd. | Hashrate leasing | Other enterprises significantly influenced by the director Kong Jianping | Both Zhejiang Shubei Investment Management Co., Ltd. and Shuimu Zehua hold 10% of the company's shares each | No |
| 8 | Hangzhou Bite Investment Partnership (Limited Partnership) | Industrial investment, investment management | Other enterprises under the control of the director Kong Jianping | Zhejiang Shubei Investment Management Co., Ltd. is the managing partner of the company | No |
| 9 | Shaoxing Xiaogang Lubricant Co., Ltd. | Production and processing of blended chemical fiber oil; distribution of chemical fiber oil, lubricants, vaseline, saponified oil, and fuel oil | Other enterprises significantly influenced by the director Kong Jianping | Kong Jianping holds 40% of the company's shares, and Shi Suzhen, Kong Jianping's mother, holds 60% of the company's shares. Kong Qingrong, Kong Jianping's father, is the company's Supervisor | No |
| 10 | Hangzhou Kongjiu Cultural and Creative Co., Ltd. | Wholesale and retail of liquor and prepackaged foods; planning of cultural and art exchange activities | Other enterprises significantly influenced by the director Kong Jianping | Kong Jianping holds 40% of the company's shares, and is the company's Executive Director | No |

(5) Information on the interests of the directors, supervisors, senior management personnel, key technical personnel, and major related parties or shareholders holding 5% or more of the company's shares in major customers or suppliers

As of the signing date of this Public Transfer Statement, the company's director, Sun Qifeng, holds 90% of the shares of Hangzhou Weitui Information Technology Co., Ltd., which is a major customer of the company. Shuimu Zehua, a shareholder holding 5% or more of the company's shares, holds 10% of the shares of Zhejiang Suanli Network Science and Technology Co., Ltd. Hangzhou Weitui Information Technology Co., Ltd. and Zhejiang Suanli Network Science and Technology Co., Ltd. are related parties of the company and have related party transactions with the company. For details, please refer to "XI. Related Parties and Related Party Transactions" and "Section 4 Company's Finance" of this Public Transfer Statement. Except for the information disclosed above, no other directors, supervisors, senior management personnel, key business personnel, major related parties, or shareholders holding 5% or more of the company's shares have an interest in the major customers or suppliers.

(6) Information on the non-competition of current directors, supervisors, senior management personnel, and key technical personnel

The directors, supervisors, senior management personnel, and key technical personnel of the company are neither in violation of the provisions of non-competition laws or the agreements with their original employers, nor are they involved in any disputes or potential disputes related to the above non-competition.

The company's directors, supervisors, senior management personnel, and key technical personnel are not involved in any infringement disputes or potential disputes with their original employers regarding intellectual property rights or trade secrets.

(7) Administrative punishment or measures for banning entry into the securities market imposed by the CSRC or public condemnation made by NEEQ Co. upon the directors, supervisors, and senior management personnel in the past two years

The directors, supervisors, and senior management personnel have not received any administrative punishment or measure for banning entry into the securities market from the CSRC or any public condemnation from NEEQ Co. in the past two years. The company's directors, supervisors, and senior management personnel have made a written statement regarding the above information.

(8) Changes in directors, supervisors, and senior management personnel in the past two years and reasons for change

1. Changes in directors

Upon its establishment on March 13, 2013, the limited company did not set up a board of directors, and Zhang Nangeng was elected as the company's executive director. On December 15, 2013, the limited company held a shareholders' meeting, at which a resolution was passed to remove Zhang Nangeng from the office of executive director and elect Liu Yu (Zhang Nangeng's wife) as the executive director. On December 28, 2015, the limited company held a shareholders' meeting, at which a resolution was passed to elect Zhang Nangeng, Li Jiaxuan, Liu Xiangfu, Yao Yongjie, Kong Jianping, Sun Qifeng, and Yin Haipeng as directors and to remove the former executive director. On the same day, the limited company held a board meeting, at which a resolution was passed to elect Zhang Nangeng as the chairman. On June 6, 2016, the limited company held a shareholders' meeting, at which a resolution was passed to elect Zhang Nangeng, Li Jiaxuan, Liu Xiangfu, Sun Qifeng, Kong Jianping as directors, and to remove Yin Haipeng and Yao Yongjie as directors. On July 28, 2016, the limited company held a board meeting to elect Zhang Nangeng as the chairman.

On July 6, 2017, all the sponsors of the company held a joint-stock company establishment meeting and the first interim shareholders' meeting in accordance with the law, at which Zhang Nangeng, Li Jiaxuan, Liu Xiangfu, Sun Qifeng, and Kong Jianping were elected to form the company's first Board of Directors. On July 6, 2017, the joint-stock company held the first meeting of the first Board of Directors, at which a resolution was passed to elect Zhang Nangeng as the chairman. Since the establishment of the joint-stock company in July 2017, there have been no changes to the company's directors.

2. Changes in supervisors

Upon its establishment on March 13, 2013, the limited company did not set up a board of supervisors, and Li Jiaxuan was elected as the company's supervisor. On December 28, 2015, the limited company held a shareholders' meeting to elect Liu Yu as supervisor and to remove the former supervisor. On July 28, 2016, the limited company held a shareholders' meeting, at which a resolution was passed to elect Wu Jingjie as supervisor and remove Liu Yu from the office of supervisor.

On July 6, 2017, all the sponsors of the company held a joint-stock company establishment meeting and the first interim shareholders' meeting in accordance with the law, at which Yao Yongjie and Wu Jingjie were elected as shareholder representative supervisors and formed the company's first Board of Supervisors together with Qin Fengling, a staff representative supervisor. On July 6, 2017, the joint-stock company held the first meeting of the first Board of Supervisors, at which a resolution was passed to elect Yao Yongjie as the chairman of the Board of Supervisors. Since the establishment of the joint-stock company in July 2017, there have been no changes to the company's supervisors.

When the joint-stock company was established, the company set up a board of supervisors to perfect the company's supervision system. The staff representative supervisor was elected by all staff representatives to supervise the company's operation and management on behalf of the company's employees and perfect the company's supervision system.

(3) Information on related party transactions

    1.  Recurring related party transactions

| Related Parties | Related Party Transactions | January to April 2017 | 2016 | 2015 |
|---|---|---|---|---|

Hangzhou Canaan Creative Information Technology Inc.                Public Transfer Statement

| | Description | Amount | Percentage of Similar Transaction Amounts (%) | Amount | Percentage of Similar Transaction Amounts (%) | Amount | Percentage of Similar Transaction Amounts (%) |
|---|---|---|---|---|---|---|---|
| Information on purchasing goods and receiving labor services | | | | | | | |
| Beijing Chuangxiang Technology Co., Ltd. | Technical Service | | | | | 3,417,475.57 | 100.00 |
| Sun Xijun | Lease of temporary office | | | 105,000.00 | 2.79 | | |
| Information on selling goods and providing labor services | | | | | | | |
| Hangzhou Weitui Information Technology Co., Ltd. | Sales of goods | | | 19,346,917.95 | 6.12 | | |
| Zhejiang Suanli Network Science and Technology Co., Ltd. | Sales of goods | 973,333.33 | 0.39 | | | | |
| Shimian Huajing Electronic Communication Industry Service Co., Ltd. | Sales of goods | | | 4,061,585.47 | 1.29 | | |
| Zhao Chunhua | Sales of goods | | | 5,247,256.26 | 1.66 | 197,421.52 | 0.36 |
| **Total Amount Received from Selling Goods/Providing Labor Services** | | **973,333.33** | **0.39** | **28,655,759.68** | **9.07** | **197,421.52** | **0.36** |

The above related party transactions between the company and its related parties have been confirmed by the parties to the transactions through negotiation on the basis of fair price and concluded at fair prices. Such related party transactions are conducive to and necessary for the company's production and operation. At present, the related party Beijing Chuangxiang Technology Co., Ltd. is under deregistration, and the company has the corresponding personnel reserves and technology research and development capabilities, and the related party transaction will not be recurring. The related party transaction between the company and Sun Xijun is the lease of temporary office, which will recur to a certain extent. The sales of goods by the company to Hangzhou Weitui Information Technology Co., Ltd., Zhejiang Suanli Network Science and Technology Co., Ltd., Shimian Huajing Electronic Communication Industry Service Co., Ltd., and Zhao Chunhua are transactions concluded according to the customers' actual needs. The transactions, which are based on the customers' actual needs, will recur to a certain extent.
Remunerations of Key Management Personnel



# TRANSLATION CERTIFICATION

Date: November 20, 2020

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Excerpt of FN17 and 28.pdf;
- Excerpt of Hangzhou Canaan Corporate Records.pdf;
- FN 7 and 13.PDF

Leslie Yale, Project Manager, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents. I affirm that the provided translation was produced under the ISO 9001:2015 certified quality management process and the agents responsible for the specified translations are qualified to translate and review documents for the above language pair."

_Leslie Yale_
Signature of Leslie Yale