# EXHIBIT 7

English Translation of
Hangzhou Canaan Corporate Records



# National Enterprise Credit Information Publicity System

---

# Enterprise Credit Information Publicity Report

| | |
|---|---|
| **Enterprise Name** | Hangzhou Canaan Creative Information Technology Co., Ltd. |
| **Report Generation Time** | 2020/11/11 17:21:26 |
| **Applicant's Email:** | yali@omm.com |

(The contents of the report are for reference only. Please refer to the inquiry page of the National Enterprise Credit Information Publicity System for details.)

# Government Department Publicity Information

## ▌ Business License Information

**Unified Social Credit Code**: 913301040648566680

**Enterprise Name**: Hangzhou Canaan Creative Information Technology Co., Ltd.

**Type:** Limited Liability Company (solely invested in by a legal person from Taiwan, Hong Kong, or Macao)

**Legal Representative:** Zhang Nangeng

**Registered Capital:** CNY 300,000,000

**Date of Incorporation:** April 9, 2013

**Business Term from:** April 9, 2013

**Business Term till:** March 14, 2068

**Registration Authority**: Hangzhou Market Supervision Administration

**Approval Date**: July 29, 2020

**Registration Status**: In existence

**Business Address**: Room 1203, 12/F, Building 4, No. 9 Jiuhuan Road, Jianggan District, Hangzhou, Zhejiang

**Business Scope**: General business activities: computer system services; software development; technical services, technology development, technical consulting, technical exchange, technology transfer, and technology promotion; integrated circuit design; integrated circuit chip design and services; retail of computer hardware and software and auxiliary devices; sales of electronic products; lease of non-residential real estate; lease of mechanical equipment; (except those involving the implementation of special administrative measures for access as prescribed by the state) (except for those requiring approval in accordance with the law, the enterprise shall independently carry out business activities with the business license in accordance with the law.) Licensed business activities: Import and export of technologies (Business activities that require approval in accordance with the law shall be subject to the business scope approved by the relevant authorities. Detailed business activities are subject to the approval results).

## ▌ Information on Shareholders and Capital Contribution

| No. | Name of Shareholder(s) | Type of Identification | Identification Number | Nature of Shareholder |
|---|---|---|---|---|
| 1 | Canaan Creative (HK) Holdings Limited | | | Enterprise Legal Person |

## ▌ Information of Key Personnel

| No. | Name | Position | No. | Name | Position |
|---|---|---|---|---|---|
| 1 | Meng Lu | Supervisor | 2 | Zhang Nangeng | Executive Director and General Manager |

## ▌ Branch Information

| No. | Name | Unified Social Credit Code/Registration Number | Registration Authority |
|---|---|---|---|
| 1 | Hangzhou Canaan Creative Information Technology Co., Ltd. Shanghai Branch | | |

## ▌ Information on Changes

| No. | Change Item | Content Before the Change | Content After the Change | Change Date |
|---|---|---|---|---|
| 1 | Business Scope | Services: technology development, technical services, technical consulting and achievement transfer of computer software and hardware; lease of private property, lease of electronic products, lease of mechanical equipment; retail: electronic products (except for electronic publications) and computers; import and export: electronic products (excluding business activities of which the operation is prohibited by national laws and administrative regulations; business activities of which the operation is restricted by laws and administrative regulations may only be carried out after obtaining licensing) (except those involving the implementation of special administrative measures for access as prescribed by the state) (Business activities that require approval in accordance with the law shall be subject to the business scope approved by the relevant authorities.) | General business activities: computer system services; software development; technical services, technology development, technical consulting, technical exchange, technology transfer, and technology promotion; integrated circuit design; integrated circuit chip design and services; retail of computer hardware and software and auxiliary devices; sales of electronic products; lease of non-residential real estate; lease of mechanical equipment; (except those involving the implementation of special administrative measures for access as prescribed by the state) (except for those requiring approval in accordance with the law, the enterprise shall independently carry out business activities with the business license in accordance with the law.) Licensed business activities: Import and export of technologies (Business activities that require approval in accordance with the law shall be subject to the business scope approved by the relevant authorities. Detailed business activities are subject to the approval results). | July 29, 2020 |
| 2 | Enterprise Contact Person and Financial Personnel | Name of original contact person: Zhang Jing; Fixed-line telephone of original contact person: ; Mobile phone of original contact person: ***********; Email address of original contact person: *******************; Type of original contact person's identification: Resident Identity Card of the People's Republic of China; Identification number of original contact person: *******************; Name of original financial personnel: Chen Dawei; Fixed-line telephone of original financial personnel: *******************; Mobile phone of original financial personnel: ***********; Email address of original financial personnel: ; Type of original financial personnel's identification: Resident Identity Card of the People's Republic of China; Identification number of original financial personnel: ******************* | Name of current contact person: Zhang Ning; Fixed-line telephone of current contact person: *******************; Mobile phone of current contact person: ***********; Email address of current contact person: *******************; Type of current contact person's identification: Resident Identity Card of the People's Republic of China; Identification number of current contact person: *******************; Name of current financial personnel: Chen Dawei; Fixed-line telephone of current financial personnel: ******************* ; Mobile phone of current financial personnel: ***********; Email address of current financial personnel: ; Type of current financial personnel's identification: Resident Identity Card of the People's Republic of China; Identification number of current financial personnel: ******************* | July 6, 2020 |
| 3 | Articles of Association Filing | | | July 6, 2020 |
| 4 | Senior Management Personnel Filing | Name: Kong Jianping; Identification Number: *******************; Position: Director; Name: Sun Qifeng; Identification Number: *******************; Position: Director; Name: Tu Songhua; Identification Number: *******************; Position: Supervisor; Name: Zhang Nangeng; Identification Number: *******************; Position: Chairman and General Manager; Name: Li Jiaxuan; Identification Number: *******************; Position: Director; | Name: Meng Lu; Identification Number: *******************; Position: Supervisor; Name: Zhang Nangeng; Identification Number: *******************; Position: Executive Director and General Manager; | July 6, 2020 |

| | | | | |
|---|---|---|---|---|
| 5 | Senior Management Personnel Filing | Name: Liu Xiangfu; Identification Number: ******************; Position: Director; Name: Kong Jianping; Identification Number: ******************; Position: Director; Name: Sun Qifeng; Identification Number: ******************; Position: Director; Name: Zhang Nangeng; Identification Number: ******************; Position: Chairman and General Manager; Name: Li Jiaxuan; Identification Number: ******************; Position: Director; Name: Qin Fengling; Identification Number: ******************; Position: Supervisor | Name: Kong Jianping; Identification Number: ******************; Position: Director; Name: Sun Qifeng; Identification Number: ******************; Position: Director; Name: Zhang Nangeng; Identification Number: ******************; Position: Chairman and General Manager; Name: Li Jiaxuan; Identification Number :******************; Position: Director; Name: Tu Songhua; Identification Number: ******************; Position: Supervisor | January 30, 2019 |
| 6 | Senior Management Personnel Filing | Name: Liu Xiangfu; Identification Number: ******************; Position: Director; Name: Wu Jingjie; Identification Number: ******************; Position: Supervisor; Name: Yao Yongjie; Identification Number: ******************; Position: Chairman of the Board of Supervisors; Name: Kong Jianping; Identification Number: ******************; Position: Director; Name: Sun Qifeng; Identification Number: ******************; Position: Director; Name: Zhang Nangeng; Identification Number: ******************; Position: Chairman and General Manager; Name: Li Jiaxuan; Identification Number: ******************; Position: Director; Name: Qin Fengling; Identification Number: ******************; Position: Supervisor | Name: Liu Xiangfu; Identification Number: ******************; Position: Director; Name: Kong Jianping; Identification Number: ******************; Position: Director; Name: Sun Qifeng; Identification Number: ******************; Position: Director; Name: Zhang Nangeng; Identification Number: ******************; Position: Chairman and General Manager; Name: Li Jiaxuan; Identification Number: ******************; Position: Director; Name: Qin Fengling; Identification Number: ******************; Position: Supervisor | May 7, 2018 |
| | | Enterprise Name: Hangzhou Shenglan Investment Partnership (Limited Partnership); Capital Contribution Amount: CNY *,***,***; Percentage: *.****% Enterprise Name: Wuwen Xidong Co., Ltd.; Capital Contribution Amount: CNY *,***,***; Percentage: *% Enterprise Name: | | |



# TRANSLATION CERTIFICATION

Date: November 20, 2020

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:
- Excerpt of FN17 and 28.pdf;
- Excerpt of Hangzhou Canaan Corporate Records.pdf;
- FN 7 and 13.PDF

Leslie Yale, Project Manager, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents. I affirm that the provided translation was produced under the ISO 9001:2015 certified quality management process and the agents responsible for the specified translations are qualified to translate and review documents for the above language pair."

_____
Signature of Leslie Yale