**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOLUKA GARMENT CO., LIMITED and HONGKUO TANG, Individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br> CANAAN INC., NANGENG ZHANG, JIAXUAN LI, JIANPING KONG, QIFENG SUN, QUANFU HONG, CITIGROUP GLOBAL MARKETS INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, GALAXY DIGITAL ADVISORS LLC, HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED, TIGER BROKERS (NZ) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, and VIEWTRADE SECURITIES, INC.<br><br>  Defendants. | Case No: 1:20-cv-07139-JPO<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JING CHEN IN SUPPORT OF**
**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO**
**ALL DEFENDANTS' MOTION TO DISMISS**

I, Jing Chen, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1.      I am an attorney at The Rosen Law Firm, P.A., lead counsel for Lead Plaintiffs Boluka Garment Co., Limited and Hongkuo Tang ("Plaintiffs") in the above-captioned action.  I have been admitted to this Court.

2.      I submit this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to All Defendants' Motion to Dismiss.

3.      I have personal knowledge of the facts stated herein and, if called as witness, I could and would testify competently hereto.

4.      Attached as Exhibit A hereto is a true and correct certified original copy of excerpts of the Public Transfer Statement filed by Hangzhou Canaan Creative Information Technology Inc. with China's National Equities Exchange and Quotations ("NEEQ"), a certification of the original copy, a certified English translation of the same website completed by Morningside Translations, and a certification of the translation.

5.      Attached as Exhibit B hereto is a true and correct copy of excerpts of the Reply to the First Round of Feedback on the Listing Application Documents filed by Hangzhou Canaan Creative Information Technology Inc. with NEEQ ("First Feedback Reply"), a certification of the original copy, a certified English translation of the same website completed by Morningside Translations, and a certification of the translation.

6.      Attached as Exhibit C hereto is a true copy of certain relevant excerpts of SEC Rel. No. 33-8732A; 34-54302A; IC-27444A (Aug. 29, 2006) (the "Adopting Release"). A full copy of the Adopting Release is available at http://www.sec.gov/rules/final/2006/33-8732a.pdf.

7.      Attached as Exhibit D hereto is a certification of Edward Sun, certifying that "杭州嘉楠耘智信息科技有限公司", the name immediately following "Canaan Creative Co., Ltd."

2

in the first paragraph of the Strategic Cooperation Framework Agreement in Respect of Investment in Blockchain Industry refers to "Hangzhou Canaan Creative Information Technology Co., Ltd." as stated in the List of Principal Subsidiaries filed by Canaan Inc. with the SEC.

8.    Attached as Exhibit E hereto is a true and correct copy of the corporate record of Zhejiang Shubei Investment Management Co., Ltd. ("Zhejiang Shubei") obtained from China's National Enterprise Credit Information Publicity System initially attached as Exhibit 4 to the Complaint (Dkt. 51-4), a certification of the original copy, a certified English translation of the same website completed by Morningside Translations, and a certification of the translation.

9.    Attached as Exhibit F hereto is a true and correct copy of the corporate record of Zhejiang Suanli Network Science and Technology Company Ltd. ("Zhejiang Suanli") obtained from China's National Enterprise Credit Information Publicity System initially attached as Exhibit 5 to the Complaint (Dkt. 51-5), a certification of the original copy, a certified English translation of the same website completed by Morningside Translations, and a certification of the translation.

10.    Attached as Exhibit G hereto is true copies of the four versions of Item 404 of Regulation S-K, effective to November 6, 2006, from November 7, 2006 to February 3, 2008, from February 4, 2008 to November 15, 2020, from November 16, 2020 to present, respectively.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


Executed on this 5th day of February 2021, in New York, New York.


*/s/ Jing Chen*
Jing Chen

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 5th day of February 2021 a true and correct copy of the foregoing

**DECLARATION OF JING CHEN** was served by CM/ECF to the parties registered to the

Court's CM/ECF system.


/s/ *Laurence Rosen*

Laurence Rosen