# EXHIBIT D

# TRANSLATION CERTIFICATION

Date: February 5, 2021

To whom it may concern:

I, Edward Sun, am a translator fluent in both Chinese and English. My qualifications are as follows: Major in English and has 20+ years of experience for English-to-Chinese translation.

I hereby certify that in the first paragraph of the Strategic Cooperation Framework Agreement in Respect of Investment in Blockchain Industry (available at https://www1.hkexnews.hk/listedco/listconews/sehk/2019/1027/2019102700015.pdf), the Chinese company following "Canaan Creative Co., Ltd." states 杭州嘉楠耘智信息科技有限公.

Based on my review of the List of Principal Subsidiaries of Canaan Inc. (available at https://www.sec.gov/Archives/edgar/data/0001780652/000119312519276263/d773846dex211.htm), which include these principal subsidiaries' Chinese names and corresponding English names, the corresponding English name for the aforementioned Chinese company 杭州嘉楠耘智信息科技有限公司 is Hangzhou Canaan Creative Information Technology Co., Ltd.".



Signature of Edward Sun