# EXHIBIT E

# TRANSLATION CERTIFICATION

Date: February 5, 2021

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:
- Canaan AC Exhibit 4 (Corrected, FS).pdf

Leslie Yale, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_Leslie Yale_____
Signature of Leslie Yale

# Exhibit 4



# 国家企业信用信息公示系统

## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

| | |
|---|---|
| 企业名称 | 浙江数贝投资管理有限公司 |
| 报告生成时间 | 2020/09/28 09:57:27 |
| 申请人邮箱 | yuan.liu@grapevineasia.com |

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

# 政府部门公示信息

## 照面信息

统一社会信用代码：91330104MA27W3755F　　企业名称：浙江数贝投资管理有限公司

类型：有限责任公司(自然人投资或控股)　　法定代表人：尹海鹏

注册资本：1000 万人民币　　成立日期：2015年10月15日

营业期限自：2015年10月15日　　营业期限至：9999年09月09日

登记机关：杭州市江干区市场监督管理局　　核准日期：2018年05月31日

登记状态：存续

住所：杭州市江干区九环路9号4号楼2楼251室

经营范围：服务：投资管理（未经金融等监管部门批准，不得从事向公众融资存款、融资担保、代客理财等金融服务）。

## 股东及出资信息

| 序号 | 股东名称 | 证照/证件类型 | 证照/证件号码 | 股东类型 |
|---|---|---|---|---|
| 1 | 孙奇锋 | 非公示项 | 非公示项 | 自然人股东 |
| 2 | 孔剑平 | 非公示项 | 非公示项 | 自然人股东 |
| 3 | 科达集团股份有限公司 | | | 企业法人 |
| 4 | 杭州水木恩华投资管理有限公司 | | | 企业法人 |

## 主要人员信息

| 序号 | 姓名 | 职位 | 序号 | 姓名 | 职位 |
|---|---|---|---|---|---|
| 1 | 孙奇锋 | 监事 | 2 | 孔剑平 | 执行董事 |

**▌ 分支机构信息**

| 暂无分支机构信息 |
| --- |

**▌ 变更信息**

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
| --- | --- | --- | --- | --- |
| 1 | 出资方式备案 | | 姓名: 孔剑平; 出资额: ***万; 出资形式: 货币 企业名称: 杭州水木恩华投资管理有限公司; 出资额: ***万; 出资形式: 货币 企业名称: 科达集团股份有限公司; 出资额: ***万; 出资形式: 货币 | 2018年05月31日 |
| 2 | 出资日期备案 | 姓名: 孙奇锋; 出资日期: 2035-12-31 企业名称: 杭州水木恩华投资管理有限公司; 出资日期: 2035-12-31 姓名: 孔剑平; 出资日期: 2035-12-31 | 企业名称: 杭州水木恩华投资管理有限公司; 出资日期: 2035-12-31 企业名称: 科达集团股份有限公司; 出资日期: 2035-12-31 姓名: 孙奇锋; 出资日期: 2035-12-31 姓名: 孔剑平; 出资日期: 2035-12-31 | 2018年05月31日 |
| 3 | 章程备案 | | | 2018年05月31日 |
| 4 | 出资比例备案 | 姓名: 孙奇锋; 出资额: ***万; 百分比: **% 企业名称: 杭州水木恩华投资管理有限公司; 出资额: ***万; 百分比: **% 姓名: 孔剑平; 出资额: ***万; 百分比: **% | 企业名称: 杭州水木恩华投资管理有限公司; 出资额: ***万; 百分比: **% 企业名称: 科达集团股份有限公司; 出资额: ***万; 百分比: **% 姓名: 孙奇锋; 出资额: ***万; 百分比: **% 姓名: 孔剑平; 出资额: ***万; 百分比: **% | 2018年05月31日 |
| 5 | 投资人(股权)备案 | 姓名: 孙奇锋; 出资额: ***万; 百分比: **% 企业名称: 杭州水木恩华投资管理有限公司; 出资额: ***万; 百分比: **% 姓名: 孔剑平; 出资额: ***万; 百分比: **% | 企业名称: 杭州水木恩华投资管理有限公司; 出资额: ***万; 百分比: **% 企业名称: 科达集团股份有限公司; 出资额: ***万; 百分比: **% 姓名: 孙奇锋; 出资额: ***万; 百分比: **% 姓名: 孔剑平; 出资额: ***万; 百分比: **% | 2018年05月31日 |

| 6 | 投资人(股权)备案 | 姓名: 孙奇锋; 出资额: ***万; 百分比: **% 企业名称: 杭州水木泽华创业投资合伙企业（有限合伙）; 出资额: ***万; 百分比: **% 姓名: 孔剑平; 出资额: ***万; 百分比: **% | 姓名: 孙奇锋; 出资额: ***万; 百分比: **% 企业名称: 杭州水木恩华投资管理有限公司; 出资额: ***万; 百分比: **% 姓名: 孔剑平; 出资额: ***万; 百分比: **% | 2018年05月09日 |
| 7 | 住所变更 | 住所: 杭州市江干区九环路*号*号楼**楼****室; 一般经营项目: 服务：投资管理（除证券、期货）。；电话：; | 住所: 杭州市江干区九环路*号*号楼*楼***室; 一般经营项目: 服务：投资管理（未经金融等监管部门批准，不得从事向公众融资存款、融资担保、代客理财等金融服务）。；电话：; | 2016年07月05日 |

▌ 清算信息

暂无清算信息

▌ 行政许可信息

暂无行政许可信息

▌ 行政处罚信息

暂无行政处罚信息

▌ 经营异常信息

暂无经营异常信息

▌ 严重违法信息

暂无严重违法信息

▌ 抽查检查信息

暂无抽查检查信息

▌ 司法协助信息

暂无司法协助信息

▌ 动产抵押登记信息

| 暂无动产抵押登记信息 |
| --- |

**▍股权出质登记信息**

| 暂无股权出质登记信息 |
| --- |

## 企业自行公示信息（企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

**▍股东及出资信息**

| 序号 | 股东 | 认缴额（万元） | 实缴额（万元） | 认缴明细 | | | | 实缴明细 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 认缴出资方式 | 认缴出资额(万元) | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | 公示日期 |
| 1 | 孔剑平 | 0 | 0 | | | | | | | | |
| 2 | 孙奇锋 | 0 | 0 | | | | | | | | |
| 3 | 杭州水木泽华创业投资合伙企业（有限合伙） | 0 | 0 | | | | | | | | |

**▌股权变更信息**

暂无股权变更信息

**▌行政许可信息**

暂无行政许可信息

**▌知识产权出质登记信息**

暂无知识产权出质登记信息

**▌行政处罚信息**

暂无行政处罚信息

**▌2019年度报告**

---

**▌基本信息**

**统一社会信用代码/注册号：** 91330104MA27W3755F

**企业名称：** 浙江数贝投资管理有限公司

**企业通信地址：** 浙江省杭州市江干区九堡镇九环路9号4号楼2楼251室

**邮政编码：** 310019

**企业联系电话：**

**企业电子邮箱：**

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 正常开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 否

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 投资

---

**▌网站网店信息**

暂无网站网店信息

**▌股东及出资信息**

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 杭州水木泽华创业投资合伙企业（有限合伙） | 200 | 2018年05月09日 | 货币 | 0 | | |
| 2 | 孔剑平 | 350 | 2015年10月15日 | 货币 | 0 | | |
| 3 | 科达集团股份有限公司 | 200 | 2018年05月31日 | 货币 | 0 | | |
| 4 | 孙奇锋 | 250 | 2015年10月15日 | 货币 | 0 | | |

**▌对外投资信息**

暂无对外投资信息

**▌企业资产状况信息**

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

**▌社保信息**

城镇职工基本养老保

| | | | |
|---|---|---|---|
| 险 | 1 人 | 失业保险 | 1 人 |
| 职工基本医疗保险 | 1 人 | 工伤保险 | 1 人 |
| 生育保险 | 1 人 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | |
| | 单位参加失业保险缴费基数 | 企业选择不公示 | |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 | |
| | 单位参加生育保险缴费基数 | 企业选择不公示 | |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 | |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 | |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 | |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 | |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 | |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 | |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 | |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 | |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 | |

## ▌ 对外提供担保信息

| |
|---|
| 暂无对外提供担保信息 |

## 股权变更信息

暂无股权变更信息

## 2018年度报告

### 基本信息

**统一社会信用代码/注册号：** 91330104MA27W3755F

**企业名称：** 浙江数贝投资管理有限公司

**企业通信地址：** 浙江省杭州市江干区九堡镇九环路9号4号楼2楼251室

**邮政编码：** 310019

**企业联系电话：**

**企业电子邮箱：**

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 正常开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 否

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 是

**企业主营业务活动：** 投资

### 网站网店信息

暂无网站网店信息

### 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 杭州水木泽华创业投资合伙 | 200 | 2018年0 | 货币 | 0 | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 企业（有限合伙） | | 5月09日 | | | |
| 2 | 孔剑平 | 350 | 2015年10月15日 | 货币 | 0 | |
| 3 | 科达集团股份有限公司 | 200 | 2018年05月31日 | 货币 | 0 | |
| 4 | 孙奇锋 | 250 | 2015年10月15日 | 货币 | 0 | |

## ▌ 对外投资信息

暂无对外投资信息

## ▌ 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▌ 社保信息

| 城镇职工基本养老保险 | 1人 | 失业保险 | 1人 |
|---|---|---|---|
| 职工基本医疗保险 | 1人 | 工伤保险 | 1人 |
| 生育保险 | 1人 | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | |

| | 单位参加失业保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|---|---|---|---|---|
| 1 | 科达集团股份有限公司 | 0% | 20% | 2018年05月31日 |

| 2 | 孔剑平 | 50% | 35% | 2018年05月31日 |
| 3 | 杭州水木恩华投资管理有限公司 | 25% | 20% | 2018年05月31日 |

---

### ▌ 2017年度报告

---

### ▌ 基本信息

**统一社会信用代码/注册号：** 91330104MA27W3755F    **企业名称：** 浙江数贝投资管理有限公司

**企业通信地址：** 浙江省杭州市江干区九堡镇    **邮政编码：** 310019

**企业联系电话：** 18868189154    **企业电子邮箱：**

**从业人数：** 企业选择不公示    **其中女性从业人数：** 企业选择不公示

**企业经营状态：** 正常开业    **企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否    **是否有网站或网店：** 否

**是否有对外担保信息：** 否    **有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 服务：投资管理。

---

### ▌ 网站网店信息

| 暂无网站网店信息 |
| --- |

---

### ▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 孔剑平 | 450 | 2015年10月15日 | 货币 | 0 | | 货币 |
| | 杭州水木泽华创业 | | | | | | |

| 2 | 投资合伙企业（有限合伙） | 100 | 2015年10月15日 | 货币 | 0 | | 货币 |
| 3 | 孙奇锋 | 450 | 2015年10月15日 | 货币 | 0 | | 货币 |

## ▌ 对外投资信息

| 暂无对外投资信息 |
| --- |

## ▌ 企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| --- | --- | --- | --- |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▌ 社保信息

| 城镇职工基本养老保险 | 3 人 | | 失业保险 | 3 人 |
| --- | --- | --- | --- | --- |
| 职工基本医疗保险 | 3 人 | | 工伤保险 | 3 人 |
| 生育保险 | 3 人 | | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | | |
| | 单位参加失业保险缴费基数 | 企业选择不公示 | | |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 | | |
| | 单位参加生育保险缴费基数 | 企业选择不公示 | | |

| | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
|---|---|---|
| 本期实际缴费金额 | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| 单位缴费基数 | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

**▌ 对外提供担保信息**

暂无对外提供担保信息

**▌ 股权变更信息**

暂无股权变更信息

**▌ 2016年度报告**

**▌ 基本信息**

**统一社会信用代码/注册号：** 91330104MA27W3755F          **企业名称：** 浙江数贝投资管理有限公司

**企业通信地址：**浙江省杭州市江干区九堡镇杭州市江干区九环路9号4号楼2楼251室

**邮政编码：**310000

**企业联系电话：**

**企业电子邮箱：**

**从业人数：**企业选择不公示

**其中女性从业人数：**企业选择不公示

**企业经营状态：**正常开业

**企业控股情况：**企业选择不公示

**是否有投资信息或购买其他公司股权：**是

**是否有网站或网店：**否

**是否有对外担保信息：**否

**有限责任公司本年度是否发生股东股权转**否

**企业主营业务活动：**服务：投资管理（未经金融等监管部门批准，不得从事向公众融资存款、融资担保、代客等金融服务）

---

**▌ 网站网店信息**

| 暂无网站网店信息 |
| --- |

---

**▌ 股东及出资信息**

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 孙奇锋 | 450 | 2015年10月15日 | 货币 | 0 | | 货币 |
| 2 | 孔剑平 | 450 | 2015年10月15日 | 货币 | 0 | | 货币 |
| 3 | 杭州水木泽华创业投资合伙企业（有限合伙） | 100 | 2015年10月15日 | 货币 | 0 | | 货币 |

---

**▌ 对外投资信息**

| 序号 | 名称 | 统一社会信用代码/注册号 |
| --- | --- | --- |

| 1 | 杭州彼特投资合伙企业(有限合伙) | 91330104MA27W2UH7C |
|---|---|---|

**企业资产状况信息**

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

**社保信息**

| 城镇职工基本养老保险 | 3 人 | 失业保险 | 3 人 |
|---|---|---|---|
| 职工基本医疗保险 | 3 人 | 工伤保险 | 3 人 |
| 生育保险 | 3 人 | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |

| 单位缴费基数 | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| --- | --- | --- |
| | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

暂无股权变更信息

# Exhibit 4



**NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM**

# Enterprise Credit Information Publicity Report

**Company Name**            Zhejiang Shubei Investment Management Co., Ltd.

**Report Generation Date**            28 September 2020 09: 57: 27

**E-mail of the Applicant**            yuan.liu@grapevineasia.com

(The contents of the report are for reference only. The contents on the query pages of the NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM shall prevail)

## Publicity Information from Government Departments

### Basic Information

**Unified social credit number**: 91330104MA27W3755F

**Company name**: Zhejiang Shubei Investment Management Co., Ltd.

**Type:** Limited Liability Company (invested or controlled by natural persons)

**Legal representative**: Haipeng Yin

**Registration capital**: Ten million yuan

**Date of incorporation**: 15 October 2015

**Operation starts from**: 15 October 2015

**Operation ends on**: 9 September 9999

**Registration entity**: Market Supervision Administration of Jianggan District, Hangzhou City

**Approval date**: 31 May 2018

**Registration status:** Existing

**Main operating premise**: Room 251, Floor 2, Building 4, No. 9, Jiuhuan Road, Jianggan District, Hangzhou City

**Business scope**: Service: Investment management (without the approval of financial and other regulatory authorities, no financial services such as financing deposits to the public, financing assurance and wealth management for clients can be undertaken).

### Shareholder and Contribution Information

| Serial number | Shareholder's name | Certificate type | Certificate number | Type of shareholder |
|---|---|---|---|---|
| 1 | Qifeng Sun | Not for disclosure | Not for disclosure | Natural person shareholder |
| 2 | Jianping Kong | Not for disclosure | Not for disclosure | Natural person shareholder |
| 3 | Keda Group Co., Ltd. | | | Business entity |
| 4 | Hangzhou Shuimuenhua Investment Management Co., Ltd. | | | Business entity |

### Key Staff Information

| Serial number | Name | Position | Serial number | Name | Position |
|---|---|---|---|---|---|
| 1 | Qifeng Sun | Supervisor | 2 | Jianping Kong | Executive director |

## Branch Office Information

No branch office information is available

## Change of Information

| Serial number | Matter changed | Content before change | Content after change | Date of change |
|---|---|---|---|---|
| 1 | Filing of contribution form | | Name: Jianping Kong; amount of contribution: ***; contribution form: Currency; company name: Hangzhou Shuimuenhua Investment Management Co., Ltd.; amount of contribution: ***; contribution form: Currency; company name: Keda Group Co., Ltd.; amount of contribution: ***; contribution form: Currency | 31 May 2018 |
| 2 | Filing of contribution date | Name: Qifeng Sun; contribution date: 31 December 2035; company name: Hangzhou Shuimuenhua Investment Management Co., Ltd.; contribution date: 31 December 2035; name: Jianping Kong; contribution date: 31 December 2035 | Company name: Hangzhou Shuimuenhua Investment Management Co., Ltd.; contribution date: 31 December 2035; company name: Keda Group Co., Ltd.; contribution date: 31 December 2035 Name: Qifeng Sun; contribution date: 31 December 2035 Name: Jianping Kong; contribution date: 31 December 2035 | 31 May 2018 |
| 3 | Filing of the articles of association | | | 31 May 2018 |
| 4 | Filing of contribution ratio | Name: Qifeng Sun; amount of contribution: ***; percent: **%; Company name: Hangzhou Shuimuenhua Investment Management Co., Ltd.; amount of contribution: ***; percent: **%; Name: Jianping Kong; amount of contribution: ***; percent: **% | Company name: Hangzhou Shuimuenhua Investment Management Co., Ltd.; amount of contribution: ***; percent: **% Company name: Keda Group Co., Ltd.; amount of contribution: ***; percent: **%; name: Qifeng Sun; amount of contribution: ***; percent: **%; name: Jianping Kong; amount of contribution: ***; percent: **% | 31 May 2018 |
| 5 | Filing of investors (stock equity) | Name: Qifeng Sun; amount of contribution: ***; percent: **%Company name: Hangzhou Shuimuenhua Investment Management Co., Ltd.; amount of contribution: ***; percent: **%; name: Jianping Kong; amount of contribution: ***; percent: **% | Company name: Hangzhou Shuimuenhua Investment Management Co., Ltd.; amount of contribution: ***; percent: **%; Company name: Keda Group Co., Ltd.; amount of contribution: ***; percent: **%; name: Qifeng Sun; amount of contribution: ***; percent: **%; name: Jianping Kong; amount of contribution: ***; percent: **% | 31 May 2018 |

| | | | | |
|---|---|---|---|---|
| 6 | Filing of investors (stock equity) | Name: Qifeng Sun; amount of contribution: ***; percent: **%; company name: Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) ; amount of contribution: ***; percent: **%; name: Jianping Kong; amount of contribution: ***; percent: **% | Name: Qifeng Sun; amount of contribution: ***; percent: **% Company name: Hangzhou Shuimuenhua Investment Management Co., Ltd.; amount of contribution: ***; percent: **%; name: Jianping Kong; amount of contribution: ***; percent: **% | 9 May 2018 |
| 7 | Change of main operating premise | Main operating premise: Room ****, Floor **, Building *, No. *, Jiuhuan Road, Jianggan District, Hangzhou City; general business items: Service: Investment management (except securities and futures); tel: ; | Main operating premise: Room ****, Floor **, Building *, No. *, Jiuhuan Road, Jianggan District, Hangzhou City; general business items: Service: Investment management (without the approval of financial and other regulatory authorities, no financial services such as financing deposits to the public, financing assurance and wealth management for clients can be undertaken); tel: ; | 5 July 2016 |

**Liquidation Information**

No liquidation information is available

**Administrative License Information**

No administrative license information is available

**Administrative Punishment Information**

No administrative punishment information is available

**Business Abnormality Information**

No business abnormality information is available

**Material Violation Information**

No material violation information is available

**Spot-check and Inspection Information**

No spot check and inspection information is available

**Judicial Assistance Information**

No judicial assistance information is available

**Chattel Mortgage Registration Information**

| No chattel mortgage registration information is available |
|---|

## Equity Pledge Registration Information

| No equity pledge registration information is available |
|---|

**Company Disclosure Publicity Information** (The company disclosure publicity information is provided by the company. The company is responsible for the authenticity and legitimacy of the real-time information it provides)

## Shareholder and Contribution Information

| Serial number | Shareholder | Commitment amount (yuan) | Paid-in amount (yuan) | Details of contribution commitment | | | | Details of contribution | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Type of contribution commitment | Contribution commitment amount (yuan) | Date of contribution commitment | Date of publicity | Type of paid-in contribution | Paid-in contribution (yuan) | Date of paid-in contribution | Date of publicity |
| 1 | Jianping Kong | 0 | 0 | | | | | | | | |
| 2 | Qifeng Sun | 0 | 0 | | | | | | | | |
| 3 | Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) | 0 | 0 | | | | | | | | |

## Equity Change Information

No equity change information is available

## Administrative License Information

No administrative license information is available

## Intellectual Property Pledge Registration Information

No intellectual property pledge registration information is available

## Administrative Punishment Information

No administration punishment information is available

## 2019 Annual Report

## Basic Information

**Unified social credit code/registration number**: 91330104MA27W3755F

**Company name**: Zhejiang Shubei Investment Management Co., Ltd.

**Company mailing address:** Room 251, Floor 2, Building 4, No. 9, Jiuhuan Road, Jiubao Town, Jianggan District, Hangzhou City, Zhejiang Province

**Zip code:** 310019

**Company contact number:**

**Company email address:**

**Number of employees**: The company chooses not to disclose

**Number of female employees:** The company chooses not to disclose

**Company operation status:** In normal operation

**Shareholding information**: The company chooses not to disclose

**If there is any investment information or if the company purchases share in other companies:** None

**If the company has a website or a web store:** None

**If the company has information of guaranty to other parties:** None

**If there is any transfer of equity in the limited company this year:** None

**Principal operations:** Investment

## Website and Web Store Information

No website and web store information is available

## Shareholder and Contribution Information

| Serial number | Shareholder's name | Contribution commitment amount (yuan) | Date of contribution commitment | Type of contribution commitment | Paid-in Contribution (yuan) | Date of paid-in contribution | Type of paid-in contribution |
|---|---|---|---|---|---|---|---|
| 1 | Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) | 2,000,000 | 9 May 2018 | Currency | 0 | | |
| 2 | Jianping Kong | 3,500,000 | 15 October 2015 | Currency | 0 | | |
| 3 | Keda Group Co., Ltd. | 2,000,000 | 31 May 2018 | Currency | 0 | | |
| 4 | Jianping Kong | 2,500,000 | 15 October 2015 | Currency | 0 | | |

## External Investment Information

No external investment information is available

## Company Asset Status Information

| Total assets | The company chooses not to disclose | Total ownership equity | The company chooses not to disclose |
|---|---|---|---|
| Total operating income | The company chooses not to disclose | Total profit | The company chooses not to disclose |
| Main business income in the total operating income | The company chooses not to disclose | Net profit | The company chooses not to disclose |
| Total tax paid | The company chooses not to disclose | Total liabilities | The company chooses not to disclose |

## Social Security Information

| Basic pension insurance for urban employees | | | |
|---|---|---|---|

|                                      |                                                                                  |                                               |
| ------------------------------------ | -------------------------------------------------------------------------------- | --------------------------------------------- |
|                                      | 1 person                                  | **Unemployment insurance**    | 1 person                  |
| **Basic medical insurance for employees** | 1 person                             | **Employment injury insurance** | 1 person               |
| **Maternity insurance**              | 1 person                                  |                               |                           |
| **Company's contribution base**      | **Company's contribution base for urban employees' pension insurance** | The company chooses not to disclose |
|                                      | **Company's contribution base for unemployment insurance** | The company chooses not to disclose |
|                                      | **Company's contribution base for employees' medical insurance** | The company chooses not to disclose |
|                                      | **Company's contribution base for maternity insurance** | The company chooses not to disclose |
| **Company's actual contribution**    | **Company's actual contribution base for urban employees' pension insurance during this year** | The company chooses not to disclose |
|                                      | **Company's actual contribution base for unemployment insurance during this year** | The company chooses not to disclose |
|                                      | **Company's actual contribution base for employees' medical insurance during this year** | The company chooses not to disclose |
|                                      | **Company's actual contribution base for employment injury insurance during this year** | The company chooses not to disclose |
|                                      | **Company's actual contribution base for maternity insurance during this year** | The company chooses not to disclose |
| **Company's contribution base**      | **Company's total payment due for urban employees' pension insurance** | The company chooses not to disclose |
|                                      | **Company's total payment due for unemployment insurance** | The company chooses not to disclose |
|                                      | **Company's total payment due for employees' medical insurance** | The company chooses not to disclose |
|                                      | **Company's total payment due for employment injury insurance** | The company chooses not to disclose |
|                                      | **Company's total payment due for maternity insurance** | The company chooses not to disclose |

## External Guarantee Information

| No external guarantee information is available |
| --- |

## Equity Change Information

No equity change information is available

## 2018 Annual Report

## Basic Information

**Unified social credit code/registration number**: 91330104MA27W3755F

**Company name**: Zhejiang Shubei Investment Management Co., Ltd.

**Company mailing address**: Room 251, Floor 2, Building 4, No. 9, Jiuhuan Road, Jiubao Town, Jianggan District, Hangzhou City, Zhejiang Province

**Zip code:** 310019

**Company contact number**:

**Company email address:**

**Number of employees**: The company chooses not to disclose

**Number of female employees:** The company chooses not to disclose

**Company operation status:** In normal operation

**Shareholding information:** The company chooses not to disclose

**If there is any investment information or if the company purchases share in other companies:** None

**If the company has a website or a web store:** None

**If the company has information of guaranty to other parties:** None

**If there is any transfer of equity in the limited company this year:** Yes

**Principal operations:** Investment

## Website and Web Store Information

No website and web store information is available

## Shareholder and Contribution Information

| Serial number | Shareholder's name | Contribution commitment amount (yuan) | Date of contribution commitment | Type of contribution commitment | Paid-in Contribution (yuan) | Date of paid-in contribution | Type of paid-in contribution |
|---|---|---|---|---|---|---|---|
| 1 | Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) | 2,000,000 | 9 May 2018 | Currency | 0 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2 | Jianping Kong | 3,500,000 | 15 October 2015 | Currency | 0 | | |
| 3 | Keda Group Co., Ltd. | 2,000,000 | 31 May 2018 | Currency | 0 | | |
| 4 | Qifeng Sun | 2,500,000 | 15 October 2015 | Currency | 0 | | |

## External Investment Information

No external investment information is available

## Company Asset Status Information

| | | | |
|---|---|---|---|
| **Total assets** | The company chooses not to disclose | **Total ownership equity** | The company chooses not to disclose |
| **Total operating income** | The company chooses not to disclose | **Total profit** | The company chooses not to disclose |
| **Main business income in the total operating income** | The company chooses not to disclose | **Net profit** | The company chooses not to disclose |
| **Total tax paid** | The company chooses not to disclose | **Total liabilities** | The company chooses not to disclose |

## Social Security Information

| | | | |
|---|---|---|---|
| **Basic pension insurance for urban employees** | 1 person | **Unemployment insurance** | 1 person |
| **Basic medical insurance for employees** | 1 person | **Employment injury insurance** | 1 person |
| **Maternity insurance** | 1 person | | |
| **Company's contribution base** | **Company's contribution base for urban employees' pension insurance** | | The company chooses not to disclose |

|  |  |  |
|---|---|---|
|  | Company's contribution base for unemployment insurance | The company chooses not to disclose |
|  | Company's contribution base for employees' medical insurance | The company chooses not to disclose |
|  | Company's contribution base for maternity insurance | The company chooses not to disclose |
| Company's actual contribution | Company's actual contribution base for urban employees' pension insurance during this year | The company chooses not to disclose |
|  | Company's actual contribution base for unemployment insurance during this year | The company chooses not to disclose |
|  | Company's actual contribution base for employees' medical insurance during this year | The company chooses not to disclose |
|  | Company's actual contribution base for employment injury insurance during this year | The company chooses not to disclose |
|  | Company's actual contribution base for maternity insurance during this year | The company chooses not to disclose |
| Company's contribution base | Company's total payment due for urban employees' pension insurance | The company chooses not to disclose |
|  | Company's total payment due for unemployment insurance | The company chooses not to disclose |
|  | Company's total payment due for employees' medical insurance | The company chooses not to disclose |
|  | Company's total payment due for employment injury insurance | The company chooses not to disclose |
|  | Company's total payment due for maternity insurance | The company chooses not to disclose |

**External Guarantee Information**

No external guarantee information is available

**Equity Change Information**

| Serial number | Name of shareholder | Equity ratio before the change | Equity ratio after the change | Date of equity change |
|---|---|---|---|---|
| 1 | Keda Group Co., Ltd. | 0% | 20% | 31 May 2018 |

| 2 | Jianping Kong | 50% | 35% | 31 May 2018 |
|---|---|---|---|---|
| 3 | Hangzhou Shuimuenhua Investment Management Co., Ltd. | 25% | 20% | 31 May 2018 |

## 2017 Annual Report

## Basic Information

**Unified social credit code/registration number**: 91330104MA27W3755F

**Company name**: Zhejiang Shubei Investment Management Co., Ltd.

**Company mailing address**: Jiubao Town, Jianggan District, Hangzhou City, Zhejiang Province

**Zip code:** 310019

**Company contact number**: 18868189154

**Company email address:**

**Number of employees**: The company chooses not to disclose

**Number of female employees:** The company chooses not to disclose

**Company operation status:** In normal operation

**Shareholding information:** The company chooses not to disclose

**If there is any investment information or if the company purchases share in other companies:** None

**If the company has a website or a web store:** None

**If the company has information of guaranty to other parties:** None

**If there is any transfer of equity in the limited company this year:** None

**Principal operations:** Service: Investment management

## Website and Web Store Information

No website and web store information is available

## Shareholder and Contribution Information

| Serial number | Shareholder's name | Contribution commitment amount (yuan) | Date of contribution commitment | Type of contribution commitment | Paid-in Contribution (yuan) | Date of paid-in contribution | Type of paid-in contribution |
|---|---|---|---|---|---|---|---|
| 1 | Jianping Kong | 4,500,000 | 15 October 2015 | Currency | 0 | | Currency |
| | Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) | | | | | | |

| 2 |  | 1,000,000 | 15 October 2015 | Currency | 0 |  | Currency |
| 3 | Qifeng Sun | 4,500,000 | 15 October 2015 | Currency | 0 |  | Currency |

### External Investment Information

No external investment information is available

### Company Asset Status Information

| Total assets | The company chooses not to disclose | Total ownership equity | The company chooses not to disclose |
|---|---|---|---|
| Total operating income | The company chooses not to disclose | Total profit | The company chooses not to disclose |
| Main business income in the total operating income | The company chooses not to disclose | Net profit | The company chooses not to disclose |
| Total tax paid | The company chooses not to disclose | Total liabilities | The company chooses not to disclose |

### Social Security Information

| Basic pension insurance for urban employees | 3 persons | Unemployment insurance | 3 persons |
|---|---|---|---|
| Basic medical insurance for employees | 3 persons | Employment injury insurance | 3 persons |
| Maternity insurance | 3 persons |  |  |

| Company's contribution base | Company's contribution base for urban employees' pension insurance | The company chooses not to disclose |
|---|---|---|
|  | Company's contribution base for unemployment insurance | The company chooses not to disclose |
|  | Company's contribution base for employees' medical insurance | The company chooses not to disclose |
|  | Company's contribution base for maternity insurance | The company chooses not to disclose |

| | | |
|---|---|---|
| **Company's actual contribution** | **Company's actual contribution base for urban employees' pension insurance during this year** | The company chooses not to disclose |
| | **Company's actual contribution base for unemployment insurance during this year** | The company chooses not to disclose |
| | **Company's actual contribution base for employees' medical insurance during this year** | The company chooses not to disclose |
| | **Company's actual contribution base for employment injury insurance during this year** | The company chooses not to disclose |
| | **Company's actual contribution base for maternity insurance during this year** | The company chooses not to disclose |
| **Company's contribution base** | **Company's total payment due for urban employees' pension insurance** | The company chooses not to disclose |
| | **Company's total payment due for unemployment insurance** | The company chooses not to disclose |
| | **Company's total payment due for employees' medical insurance** | The company chooses not to disclose |
| | **Company's total payment due for employment injury insurance** | The company chooses not to disclose |
| | **Company's total payment due for maternity insurance** | The company chooses not to disclose |

## External Guarantee Information

No external guarantee information is available

## Equity Change Information

No equity change information is available

## 2016 Annual Report

## Basic Information

**Unified social credit number**: 91330104MA27W3755F     **Company name**: Zhejiang Shubei Investment Management Co., Ltd.

**Company mailing address**: Room 251, Floor 2, Building 4, No. 9, Jiuhuan Road, Jiubao Town, Jianggan District, Hangzhou City, Zhejiang Province

**Zip code:** 310000

**Company contact number**:

**Company email address:**

**Number of employees**: The company chooses not to disclose

**Number of female employees:** The company chooses not to disclose

**Company operation status:** In normal operation

**Shareholding information:** The company chooses not to disclose

**If there is any investment information or if the company purchases share in other companies:** Yes

**If the company has a website or a web store:** None

**If the company has information of guaranty to other parties:** None

**If there is any transfer of equity in the limited company this year:** None

**Principal operations:** Service: Investment management (without the approval of financial and other regulatory authorities, no financial services such as financing deposits to the public, financing assurance and wealth management for clients can be undertaken).

## Website and Web Store Information

No website and web store information is available

## Shareholder and Contribution Information

| Serial number | Shareholder's name | Contribution commitment amount (yuan) | Date of contribution commitment | Type of contribution commitment | Paid-in Contribution (yuan) | Date of paid-in contribution | Type of paid-in contribution |
|---|---|---|---|---|---|---|---|
| 1 | Qifeng Sun | 4,500,000 | 15 October 2015 | Currency | 0 | | Currency |
| 2 | Jianping Kong | 4,50,0000 | 15 October 2015 | Currency | 0 | | Currency |
| 3 | Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) | 1,000,000 | 15 October 2015 | Currency | 0 | | Currency |

## External Investment Information

| Serial number | Name | Unified social credit code/registration number |
|---|---|---|

| 1 | Hangzhou Bite Investment Partnership (Limited Partnership) | 91330104MA27W2UH7C |
|---|---|---|

## Company Asset Status Information

| | | | |
|---|---|---|---|
| **Total assets** | The company chooses not to disclose | **Total ownership equity** | The company chooses not to disclose |
| **Total operating income** | The company chooses not to disclose | **Total profit** | The company chooses not to disclose |
| **Main business income in the total operating income** | The company chooses not to disclose | **Net profit** | The company chooses not to disclose |
| **Total tax paid** | The company chooses not to disclose | **Total liabilities** | The company chooses not to disclose |

## Social Security Information

| | | | |
|---|---|---|---|
| **Basic pension insurance for urban employees** | 3 persons | **Unemployment insurance** | 3 persons |
| **Basic medical insurance for employees** | 3 persons | **Employment injury insurance** | 3 persons |
| **Maternity insurance** | 3 persons | | |
| **Company's contribution base** | Company's contribution base for urban employees' pension insurance | | The company chooses not to disclose |
| | Company's contribution base for unemployment insurance | | The company chooses not to disclose |
| | Company's contribution base for employees' medical insurance | | The company chooses not to disclose |
| | Company's contribution base for maternity insurance | | The company chooses not to disclose |
| **Company's actual contribution** | Company's actual contribution base for urban employees' pension insurance during this year | | The company chooses not to disclose |
| | Company's actual contribution base for unemployment insurance during this year | | The company chooses not to disclose |
| | Company's actual contribution base for employees' medical insurance during this year | | The company chooses not to disclose |
| | Company's actual contribution base for employment injury insurance during this year | | The company chooses not to disclose |

| | | |
|---|---|---|
| | **Company's actual contribution base for maternity insurance during this year** | The company chooses not to disclose |
| **Company's contribution base** | **Company's total payment due for urban employees' pension insurance** | The company chooses not to disclose |
| | **Company's total payment due for unemployment insurance** | The company chooses not to disclose |
| | **Company's total payment due for employees' medical insurance** | The company chooses not to disclose |
| | **Company's total payment due for employment injury insurance** | The company chooses not to disclose |
| | **Company's total payment due for maternity insurance** | The company chooses not to disclose |

### External Guarantee Information

No external guarantee information is available

### Equity Change Information

No equity change information is available