# EXHIBIT F

# TRANSLATION CERTIFICATION

Date: February 5, 2021

To whom it may concern:

This is to certify that the attached translation is an accurate representation of the documents received by this office. The translation was completed from:

- Chinese (PRC)

To:

- English (USA)

The documents are designated as:
- Canaan AC Exhibit 5 (Corrected, FS).pdf

Leslie Yale, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents."

_Leslie Yale_____
Signature of Leslie Yale

# Exhibit 5



# 国家企业信用信息公示系统

## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

| | |
|---|---|
| **企业名称** | 浙江算力网络科技有限公司 |
| **报告生成时间** | 2020/09/28 09:57:25 |
| **申请人邮箱** | yuan.liu@grapevineasia.com |

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

# 政府部门公示信息

## ▌ 照面信息

**统一社会信用代码**：91330104MA27W95AXY　　　**企业名称**：浙江算力网络科技有限公司

**类型**：有限责任公司(自然人投资或控股)　　　**法定代表人**： 张苏丽

**注册资本**：1000 万人民币　　　**成立日期**： 2015年11月12日

**营业期限自**：2015年11月12日　　　**营业期限至**：9999年09月09日

**登记机关**：杭州市江干区市场监督管理局　　　**核准日期**：2017年03月21日

**登记状态**：存续

**住所**： 杭州市江干区九环路9号4号楼4楼407室

**经营范围**：服务：计算机软硬件、网络科技产品的技术开发、技术服务、技术咨询、技术转让，经济信息咨询（除商品中介），投资管理（未经金融等监管部门批准，不得从事向公众融资存款、融资担保、代客理财等金融服务），投资咨询（除证券、期货），财务信息咨询；零售：计算机、电子产品（除电子出版物）。

## ▌ 股东及出资信息

| 序号 | 股东名称 | 证照/证件类型 | 证照/证件号码 | 股东类型 |
|---|---|---|---|---|
| 1 | 杨风 | 非公示项 | 非公示项 | 自然人股东 |
| 2 | 张苏丽 | 非公示项 | 非公示项 | 自然人股东 |
| 3 | 翁远 | 非公示项 | 非公示项 | 自然人股东 |
| 4 | 杭州水木泽华创业投资合伙企业 | | | 企业法人 |
| 5 | 浙江数贝投资管理有限公司 | | | 企业法人 |

## ▌ 主要人员信息

| 序号 | 姓名 | 职位 | 序号 | 姓名 | 职位 |
|---|---|---|---|---|---|
| 1 | 高航 | 监事 | 2 | 张苏丽 | 执行董事兼总经理 |

▍ **分支机构信息**

| 暂无分支机构信息 |
|---|

▍ **变更信息**

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| 1 | 法定代表人变更 | 法定代表人(负责人): 梅可风; 股东: 杭州水木泽华创业投资合伙企业（有限合伙）, ***万; 浙江数贝投资管理有限公司, ***万; 翁远, ***万; 杨风, ***万; 梅可风, ***万; 组织机构: 高航 职务: 监事; 梅可风 职务: 执行董事兼总经理; | 法定代表人(负责人): 张苏丽; 股东: 杭州水木泽华创业投资合伙企业, ***万; 浙江数贝投资管理有限公司, ***万; 翁远, ***万; 杨风, ***万; 张苏丽, ***万; 组织机构: 高航 职务: 监事; 张苏丽 职务: 执行董事兼总经理; | 2017年03月21日 |
| 2 | 法定代表人变更 | 法定代表人(负责人): 蔡志芳; 实收资本: *万人民币元; 一般经营项目: 服务：计算机软硬件、网络科技产品的技术开发、技术服务、技术咨询、技术转让，经济信息咨询（除商品中介），投资管理，投资咨询（除证券、期货），财务信息咨询。; 股东: 浙江数贝投资管理有限公司, ***万; 蔡志芳, ***万; 谭晓敏, ***万; 组织机构: 蔡志芳 职务: 执行董事兼总经理; 谭晓敏 职务: 监事; | 法定代表人(负责人): 梅可风; 实收资本: ***万人民币元; 一般经营项目: 服务：计算机软硬件、网络科技产品的技术开发、技术服务、技术咨询、技术转让，经济信息咨询（除商品中介），投资管理（未经金融等监管部门批准，不得从事向公众融资存款、融资担保、代客理财等金融服务），投资咨询（除证券、期货），财务信息咨询；零售：计算机、电子产品（除电子出版物）。; 股东: 杭州水木泽华创业投资合伙企业（有限合伙）, ***万; 浙江数贝投资管理有限公司, ***万; 翁远, ***万; 杨风, ***万; 梅可风, ***万; 组织机构: 高航 职务: 监事; 梅可风 职务: 执行董事兼总经理; | 2016年05月10日 |

▍ **清算信息**

| 暂无清算信息 |
| --- |

## 行政许可信息

| 暂无行政许可信息 |
| --- |

## 行政处罚信息

| 暂无行政处罚信息 |
| --- |

## 经营异常信息

| 序号 | 列入经营异常名录原因 | 列入日期 | 作出决定机关(列入) | 移出经营异常名录原因 | 移出日期 | 作出决定机关(移出) |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2015年度未依照《企业信息公示暂行条例》第八条规定的期限公示年度报告 | 2016年07月08日 | 杭州市江干区市场监督管理局 | 列入经营异常名录3年内且依照《经营异常名录管理办法》第六条规定被列入经营异常名录的企业，可以在补报未报年份的年度报告并公示后，申请移出 | 2017年01月11日 | 杭州市江干区市场监督管理局 |
| 2 | 通过登记的住所或者经营场所无法联系的 | 2020年09月01日 | 杭州市江干区市场监督管理局 | | | |

## 严重违法信息

| 暂无严重违法信息 |
| --- |

## 抽查检查信息

| 暂无抽查检查信息 |
| --- |

## 司法协助信息

| 暂无司法协助信息 |
| --- |

## 动产抵押登记信息

| 暂无动产抵押登记信息 |
| --- |

## 股权出质登记信息

| 暂无股权出质登记信息 |
| --- |

---

# 企业自行公示信息 （企业自行公示信息由该企业提供，企业对其即时信息的真实性、合法性负责）

## 股东及出资信息

| 序号 | 股东 | 认缴额（万元） | 实缴额（万元） | 认缴明细 | | | | 实缴明细 | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | 认缴出资方式 | 认缴出资额(万元) | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | 公示日期 |
| 1 | 杨风 | 100 | 96 | 货币 | 100.0 | 2035年12月01日 | 2016年12月26日 | 货币 | 2.0 | 2015年12月14日 | 2016年12月26日 |
| | | | | | | | | 货币 | 4.0 | 2016年01月12日 | 2016年12月26日 |
| | | | | | | | | 货币 | 90.0 | 2016年03月17日 | 2016年12月26日 |
| 2 | 杭州水木泽华创业投资合伙企业（有限合伙） | 100 | 0 | 货币 | 100.0 | 2035年02月01日 | 2016年12月26日 | | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 浙江数贝投资管理有限公司 | 100 | 100 | 货币 | 100.0 | 2035年02月01日 | 2016年12月26日 | 货币 | 100.0 | 2015年12月23日 | 2016年12月26日 |
| 4 | 梅可风 | 600 | 0 | 货币 | 600.0 | 2035年12月01日 | 2016年12月26日 | | | | |
| 5 | 翁远 | 100 | 100 | 货币 | 100.0 | 2035年12月01日 | 2016年12月26日 | 货币 | 100.0 | 2016年04月13日 | 2016年12月26日 |

**❙ 股权变更信息**

暂无股权变更信息

**❙ 行政许可信息**

暂无行政许可信息

**❙ 知识产权出质登记信息**

暂无知识产权出质登记信息

**❙ 行政处罚信息**

暂无行政处罚信息

**❙ 2019年度报告**

**❙ 基本信息**

统一社会信用代码/注册号：91330104MA27W95AXY　　　企业名称：浙江算力网络科技有限公司

企业通信地址：浙江省杭州市江干区九堡镇九环路9号4号楼4楼407室　　　邮政编码：310000

**企业联系电话：**

**企业电子邮箱：**

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 正常开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 否

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：** 技术开发，软硬件，技术咨询，技术服务

---

▌ 网站网店信息

| 暂无网站网店信息 |
| --- |

---

▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 杨风 | 100 | 2035年12月01日 | 货币 | 96 | 2016年01月12日 | 货币 |
| 2 | 张苏丽 | 600 | 2035年12月01日 | 货币 | 0 | | |
| 3 | 翁远 | 100 | 2035年12月01日 | 货币 | 0 | | |
| 4 | 浙江数贝投资管理有限公司 | 100 | 2035年12月01日 | 货币 | 100 | 2015年12月23日 | 货币 |
| 5 | 杭州水木泽华创业投资合伙企业（有限公司） | 100 | 2035年02月01日 | 货币 | 0 | | |

---

## ▌对外投资信息

| 暂无对外投资信息 |
|---|

## ▌企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▌社保信息

| 城镇职工基本养老保险 | 0 人 | | 失业保险 | 0 人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 0 人 | | 工伤保险 | 0 人 |
| 生育保险 | 0 人 | | | |
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 | | |
| | 单位参加失业保险缴费基数 | 企业选择不公示 | | |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 | | |
| | 单位参加生育保险缴费基数 | 企业选择不公示 | | |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 | | |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 | | |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 | | |

| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
|---|---|---|
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| 单位缴费基数 | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

▌ 对外提供担保信息

暂无对外提供担保信息

▌ 股权变更信息

暂无股权变更信息

▌ 2018年度报告

▌ 基本信息

**统一社会信用代码/注册号：** 91330104MA27W95AXY

**企业名称：** 浙江算力网络科技有限公司

**企业通信地址：** 浙江省杭州市江干区九环路9号4号楼4楼407室

**邮政编码：** 000000

**企业联系电话：**

**企业电子邮箱：**

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 正常开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：否**

**是否有网站或网店：否**

**是否有对外担保信息：否**

**有限责任公司本年度是否发生股东股权转让：** 否

**企业主营业务活动：技术开发，软硬件，技术咨询，技术服务**

---

▌ 网站网店信息

| 暂无网站网店信息 |
| --- |

---

▌ 股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 翁远 | 100 | 2035年12月01日 | 货币 | 100 | 2016年04月13日 | 货币 |
| 2 | 浙江数贝投资管理有限公司 | 100 | 2035年12月01日 | 货币 | 100 | 2015年12月23日 | 货币 |
| 3 | 杨风 | 100 | 2035年12月01日 | 货币 | 96 | 2016年03月17日 | 货币 |
| 4 | 杭州水木泽华创业投资合伙企业（有限公司） | 100 | 2035年02月01日 | 货币 | 0 | | |
| 5 | 张苏丽 | 600 | 2035年12月01日 | 货币 | 0 | | |

---

▌ 对外投资信息

| 暂无对外投资信息 |
| --- |

## 企业资产状况信息

| | | | |
|---|---|---|---|
| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## 社保信息

| | | | |
|---|---|---|---|
| 城镇职工基本养老保险 | 0人 | 失业保险 | 0人 |
| 职工基本医疗保险 | 0人 | 工伤保险 | 0人 |
| 生育保险 | 0人 | | |

| | | |
|---|---|---|
| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |

| 单位缴费基数 | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
|---|---|---|
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |

## ▌ 对外提供担保信息

暂无对外提供担保信息

## ▌ 股权变更信息

暂无股权变更信息

## ▌ 2017年度报告

## ▌ 基本信息

**统一社会信用代码/注册号：** 91330104MA27W95AXY

**企业名称：** 浙江算力网络科技有限公司

**企业通信地址：** 浙江省杭州市江干区九堡镇九环路9号4号楼4楼407室

**邮政编码：** 000000

**企业联系电话：**

**企业电子邮箱：**

**从业人数：** 企业选择不公示

**其中女性从业人数：** 企业选择不公示

**企业经营状态：** 正常开业

**企业控股情况：** 企业选择不公示

**是否有投资信息或购买其他公司股权：** 否

**是否有网站或网店：** 否

**是否有对外担保信息：** 否

**有限责任公司本年度是否发生股东股权转让：** 是

**企业主营业务活动：** 算力

▌网站网店信息

暂无网站网店信息

▌股东及出资信息

| 序号 | 股东 | 认缴出资额（万元） | 认缴出资时间 | 认缴出资方式 | 实缴出资额（万元） | 实缴出资时间 | 实缴出资方式 |
|---|---|---|---|---|---|---|---|
| 1 | 张苏丽 | 600 | 2035年12月01日 | 货币 | 0 | | |
| 2 | 翁远 | 100 | 2035年12月01日 | 货币 | 0 | | |
| 3 | 杨风 | 100 | 2035年12月01日 | 货币 | 96 | 2016年03月17日 | 货币 |
| 4 | 杭州水木泽华创业投资合伙企业（有限公司） | 100 | 2035年02月01日 | 货币 | 0 | | |
| 5 | 浙江数贝投资管理有限公司 | 100 | 2035年12月01日 | 货币 | 100 | 2015年12月23日 | 货币 |

▌对外投资信息

暂无对外投资信息

▌企业资产状况信息

| 资产总额 | 企业选择不公示 | 所有者权益合计 | 企业选择不公示 |
|---|---|---|---|
| 营业总收入 | 企业选择不公示 | 利润总额 | 企业选择不公示 |
| 营业总收入中主营业 | | | |

| 务收入 | 企业选择不公示 | 净利润 | 企业选择不公示 |
|---|---|---|---|
| 纳税总额 | 企业选择不公示 | 负债总额 | 企业选择不公示 |

## ▎社保信息

| 城镇职工基本养老保险 | 2 人 | | 失业保险 | 2 人 |
|---|---|---|---|---|
| 职工基本医疗保险 | 2 人 | | 工伤保险 | 2 人 |
| 生育保险 | 2 人 | | | |

| 单位缴费基数 | 单位参加城镇职工基本养老保险缴费基数 | 企业选择不公示 |
|---|---|---|
| | 单位参加失业保险缴费基数 | 企业选择不公示 |
| | 单位参加职工基本医疗保险缴费基数 | 企业选择不公示 |
| | 单位参加生育保险缴费基数 | 企业选择不公示 |
| 本期实际缴费金额 | 参加城镇职工基本养老保险本期实际缴费基数 | 企业选择不公示 |
| | 参加失业保险本期实际缴费基数 | 企业选择不公示 |
| | 参加职工基本医疗保险本期实际缴费基数 | 企业选择不公示 |
| | 参加工伤保险本期实际缴费基数 | 企业选择不公示 |
| | 参加生育保险本期实际缴费基数 | 企业选择不公示 |
| 单位缴费基数 | 单位参加城镇职工基本养老保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加失业保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加职工基本医疗保险累计欠缴金额 | 企业选择不公示 |
| | 单位参加工伤保险累计欠缴金额 | 企业选择不公示 |

| | 单位参加生育保险累计欠缴金额 | 企业选择不公示 |
|---|---|---|

## 对外提供担保信息

暂无对外提供担保信息

## 股权变更信息

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|---|---|---|---|---|
| 1 | 梅可风 | 60% | 0% | 2017年03月09日 |

# Exhibit 5



## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# Enterprise Credit Information Publicity Report

| | |
|---|---|
| **Company Name** | Zhejiang Computing Network Technology Co., Ltd. |
| **Report Generation Date** | 28 September 2020 09: 57: 25 |
| **E-mail of the Applicant** | yuan.liu@grapevineasia.com |

(The contents of the report are for reference only. The contents on the query pages of the NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM shall prevail)

---

## Publicity Information from Government Departments
### Basic Information

**Unified social credit number**: 91330104MA27W95AXY

**Company name**: Zhejiang Computing Network Technology Co., Ltd.

**Type:** Limited Liability Company (invested or controlled by natural persons)

**Legal representative**: Suli Zhang

**Registration capital:** Ten million yuan

**Date of incorporation**: 12 November 2015

**Operation starts from**: 12 November 2015

**Operation ends on**: 9 September 9999

**Registration entity:** Market Supervision Administration of Jianggan District, Hangzhou City

**Approval date**: 21 March 2017

**Registration status:** Existing

**Main operating premise**: Room 407, Floor 4, Building 4, No. 9, Jiuhuan Road, Jianggan District, Hangzhou City

**Business scope**: Service: Technical development, technical service, technical consultation and technical transfer of computer software and hardware and network technology products, consultation of economic information (except commodity intermediary), investment management (without the approval of financial and other regulatory authorities, no financial services such as financing deposits to the public, financing assurance and wealth management for clients can be undertaken), investment consultation (except securities and futures) and consultation of financial information; retail: computers and electronic products (except electronic publications).

### Shareholder and Contribution Information

| Serial number | Shareholder's name | Certificate type | Certificate number | Type of shareholder |
|---|---|---|---|---|
| 1 | Feng Yang | Not for disclosure | Not for disclosure | Natural person shareholder |
| 2 | Suli Zhang | Not for disclosure | Not for disclosure | Natural person shareholder |
| 3 | Yuan Weng | Not for disclosure | Not for disclosure | Natural person shareholder |
| 4 | Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) | | | Business entity |
| 5 | Zhejiang Shubei Investment Management Co., Ltd. | | | Business entity |

### Key Staff Information

| Serial number | Name | Position | Serial number | Name | Position |
|---|---|---|---|---|---|
| 1 | Hang Gao | Supervisor | 2 | Suli Zhang | Executive director and General Manager |

## ▌ Branch Office Information

| No branch office information is available |
|---|

## ▌ Change of Information

| Serial number | Matter changed | Content before change | Content after change | Date of change |
|---|---|---|---|---|
| 1 | Change of legal representative | Legal representative (principal) : Kefeng Mei; shareholders: Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) , ***; Zhejiang Shubei Investment Management Co., Ltd., ***; Yuan Weng, ***; Feng Yang, ***75; Kefeng Mei, ***; organization: Hang Gao; position: Supervisor; Kefeng Mei; position: Executive director and General Manager; | Legal representative (principal) : Suli Zhang; shareholders: Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership), ***; Zhejiang Shubei Investment Management Co., Ltd., ***; Yuan Weng, ***; Feng Yang,    ***; Suli Zhang, ***; organization: Hang Gao; position: Supervisor; Suli Zhang; position: Executive director and General Manager; | 21 March 2017 |
| 2 | Change of legal representative | Legal representative (principal) : Cai Zhifang; paid-in capital: * yuan; general business items: Service: Technical development, technical service, technical consultation and technical transfer of computer software and hardware and network technology products, consultation of economic information (except commodity intermediary), investment management, investment consultation (except securities and futures) and consultation of financial information; shareholders: Zhejiang Shubei Investment Management Co., Ltd., ***; Cai Zhifang, ***; Tan Xiaomin, ***; organization: Cai Zhifang; position: Executive director and General Manager; Tan Xiaomin; position: Supervisor; | Legal representative (principal) : Kefeng Mei; paid-in capital: *** yuan; General business items: Service: Technical development, technical service, technical consultation and technical transfer of computer software and hardware and network technology products, consultation of economic information (except commodity intermediary), investment management (without the approval of financial and other regulatory authorities, no financial services such as financing deposits to the public, financing assurance and wealth management for clients can be undertaken), investment consultation (except securities and futures) and consultation of financial information; retail: computers and electronic products (except electronic publications); shareholders: Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership), ***; Zhejiang Shubei Investment Management Co., Ltd., ***; Yuan Weng, ***; Feng Yang, ***; Kefeng Mei, ***; organization: Hang Gao; position: Supervisor; Kefeng Mei; position: Executive director and General Manager; | 10 May 2016 |

## ▌    Liquidation Information

No liquidation information is available

## ▍ Administrative License Information

No administrative license information is available

## ▍ Administrative Punishment Information

No administrative punishment information is available

## ▍ Business Abnormality Information

| No. | Reason for inclusion into the list of business abnormalities | Date of inclusion | Decision making authority (inclusion) | Reason for removal from the list of business abnormalities | Date of removal | Decision making authority (removal) |
|---|---|---|---|---|---|---|
| 1 | The annual report was not disclosed according to the time limit specified in the Interim Regulation on Enterprise Information Disclosure in 2015 | 8 July 2016 | Market Supervision Administration of Jianggan District, Hangzhou City | An enterprise, which was included in the list of business abnormalities in the recent 3 years in accordance with the provisions of Article 6 of the Measures for the Administration of the List of Business Abnormalities may apply for removal from the list after it has supplemented and disclosed the annual reports not submitted. | 11 January 2017 | Market Supervision Administration of Jianggan District, Hangzhou City |
| 2 | The company could not be contacted through the registered operating premise or business premise | 1 September 2020 | Market Supervision Administration of Jianggan District, Hangzhou City | | | |

## ▍ Material Violation Information

No material violation information is available

## ▍ Spot-check and Inspection Information

No spot check and inspection information is available

## ▍ Judicial Assistance Information

No judicial assistance information is available

▌ **Chattel Mortgage Registration Information**

| No chattel mortgage registration information is available |
| --- |

▌ **Equity Pledge Registration Information**

| No equity pledge registration information is available |
| --- |

**Company Disclosure Publicity Information** (The company disclosure publicity information is provided by the company. The company is responsible for the authenticity and legitimacy of the real-time information it provides)

▌ **Shareholder and Contribution Information**

| Serial number | Shareholder | Commitment amount (yuan) | Paid-in amount (yuan) | Details of subscription | | | | Details of contribution | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Type of contribution commitment | Contribution commitment amount (yuan) | Date of contribution commitment | Date of publicity | Type of paid-in contribution | Paid-in contribution (yuan) | Date of paid-in contribution | Date of publicity |
| 1 | Feng Yang | 1,000,000 | 960,000 | Currency | 1,000,000 | 1December 2035 | 26 December 2016 | Currency | 20,000 | 14 December 2015 | 26 December 2016 |
| | | | | | | | | Currency | 40,000 | 12 January 2016 | 26 December 2016 |
| | | | | | | | | Currency | 900,000 | 17 March 2016 | 26 December 2016 |
| 2 | Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) | 1,000,000 | 0 | Currency | 1,000,000 | 1December 2035 | 26 December 2016 | | | | |
| | | | | | | | | | | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Zhejiang Shubei Investment Management Co., Ltd. | 1,000,000 | 1,000,000 | Currency | 1,000,000 | 1December 2035 | 26 December 2016 | Currency | 1,000,000 | 23 December 2015 | 26 December 2016 |
| 4 | Kefeng Mei | 600,000 | 0 | Currency | 600,000 | 1December 2035 | 26 December 2016 | | | | |
| 5 | Yuan Weng | 1,000,000 | 1,000,000 | Currency | 1,000,000 | 1December 2035 | 26 December 2016 | Currency | 1,000,000 | 13 April 2016 | 26 December 2016 |

## Equity Change Information

No equity change information is available

## Administrative License Information

No administrative license information is available

## Intellectual Property Pledge Registration Information

No intellectual property pledge registration information is available

## Administrative Punishment Information

No administration punishment information is available

## 2019 Annual Report

## Basic Information

**Unified social credit code/registration number**: 91330104MA27W95AXY

**Company name**: Zhejiang Computing Network Technology Co., Ltd.

**Company mailing address:** Room 407, Floor 4, Building 4, No. 9, Jiuhuan Road, Jiubao Town, Jianggan District, Hangzhou City, Zhejiang Province

**Zip code:** 310000

**Company contact number:**

**Number of employees**: The company chooses not to disclose

**Company operation status:** In normal operation

**If there is any investment information or if the company purchases share in other companies:** None

**If the company has information of guaranty to other parties:** None

**Company email address:**

**Number of female employees:** The company chooses not to disclose

**Shareholding information**: The company chooses not to disclose

**If the company has a website or a web store: None**

**If there is any transfer of equity in the limited company this year:** None

**Principal operations:** Technical development, software, hardware, technical consultation and technical service

## Website and Web Store Information

| No website and web store information is available |
|---|

## Shareholder and Contribution Information

| Serial number | Shareholder's name | Contribution commitment amount (yuan) | Date of contribution commitment | Type of contribution commitment | Paid-in Contribution (yuan) | Date of paid-in contribution | Type of paid-in contribution |
|---|---|---|---|---|---|---|---|
| 1 | Feng Yang | 1,000,000 | 1 December 2035 | Currency | 960,000 | 12 January 2016 | Currency |
| 2 | Suli Zhang | 6,000,000 | 1 December 2035 | Currency | 0 | | |
| 3 | Yuan Weng | 1,000,000 | 1 December 2035 | Currency | 0 | | |
| 4 | Zhejiang Shubei Investment Management Co., Ltd. | 1,000,000 | 1 December 2035 | Currency | 1,000,000 | 23 December 2015 | Currency |
| 1 | Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) | 1,000,000 | 1 December 2035 | Currency | 0 | | |

**External Investment Information**

| No external investment information is available |
| --- |

**Company Asset Status Information**

| | | | |
| --- | --- | --- | --- |
| **Total assets** | The company chooses not to disclose | **Total ownership equity** | The company chooses not to disclose |
| **Total operating income** | The company chooses not to disclose | **Total profit** | The company chooses not to disclose |
| **Main business income in the total operating income** | The company chooses not to disclose | **Net profit** | The company chooses not to disclose |
| **Total tax paid** | The company chooses not to disclose | **Total liabilities** | The company chooses not to disclose |

**Social Security Information**

| | | | |
| --- | --- | --- | --- |
| **Basic pension insurance for urban employees** | 0 person | **Unemployment insurance** | 0 person |
| **Basic medical insurance for employees** | 0 person | **Employment injury insurance** | 0 person |
| **Maternity insurance** | 0 person | | |
| **Company's contribution base** | **Company's contribution base for urban employees' pension insurance** | | The company chooses not to disclose |
| | **Company's contribution base for unemployment insurance** | | The company chooses not to disclose |
| | **Company's contribution base for employees' medical insurance** | | The company chooses not to disclose |
| | **Company's contribution base for maternity insurance** | | The company chooses not to disclose |
| **Company's actual contribution** | **Company's actual contribution base for urban employees' pension insurance during this year** | | The company chooses not to disclose |
| | **Company's actual contribution base for unemployment insurance during this year** | | The company chooses not to disclose |
| | **Company's actual contribution base for employees' medical insurance during this year** | | The company chooses not to disclose |

| Company's contribution base | Company's actual contribution base for employment injury insurance during this year | The company chooses not to disclose |
|---|---|---|
| | Company's actual contribution base for maternity insurance during this year | The company chooses not to disclose |
| | Company's total payment due for urban employees' pension insurance | The company chooses not to disclose |
| | Company's total payment due for unemployment insurance | The company chooses not to disclose |
| | Company's total payment due for employees' medical insurance | The company chooses not to disclose |
| | Company's total payment due for employment injury insurance | The company chooses not to disclose |
| | Company's total payment due for maternity insurance | The company chooses not to disclose |

## External Guarantee Information

No external guarantee information is available

## Equity Change Information

No equity change information is available

## 2018 Annual Report

## Basic Information

**Unified social credit code/registration number**: 91330104MA27W95AXY

**Company name**: Zhejiang Computing Network Technology Co., Ltd.

**Company mailing address**: Room 407, Floor 4, Building 4, No. 9, Jiuhuan Road, Jiubao Town, Jianggan District, Hangzhou City, Zhejiang Province

**Zip code:** 000000

**Company contact number**:

**Company email address:**

**Number of employees**: The company chooses not to disclose

**Number of female employees:** The company chooses not to disclose

**Company operation status:** In normal operation

**Shareholding information:** The company chooses not to disclose

**If there is any investment information or if the company purchases share in other companies:** None

**If the company has a website or a web store:** None

**If the company has information of guaranty to other parties:** None

**If there is any transfer of equity in the limited company this year:** None

**Principal operations:** Technical development, software, hardware, technical consultation and technical service

---

## Website and Web Store Information

No website and web store information is available

## Shareholder and Contribution Information

| Serial number | Shareholder's name | Contribution commitment amount (yuan) | Date of contribution commitment | Type of contribution commitment | Paid-in Contribution (yuan) | Date of paid-in contribution | Type of paid-in contribution |
|---|---|---|---|---|---|---|---|
| 1 | Yuan Weng | 1,000,000 | 1 December 2035 | Currency | 1,000,000 | 13 April 2016 | Currency |
| 2 | Zhejiang Shubei Investment Management Co., Ltd. | 1,000,000 | 1 December 2035 | Currency | 1,000,000 | 23 December 2015 | Currency |
| 3 | Feng Yang | 1,000,000 | 1 December 2035 | Currency | 960,000 | 17 March 2016 | Currency |
| 4 | Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) | 1,000,000 | 1 December 2035 | Currency | 0 | | |
| 5 | Suli Zhang | 6,000,000 | 1 December 2035 | Currency | 0 | | |

## External Investment Information

No external investment information is available

## Company Asset Status Information

| Total assets | The company chooses not to disclose | Total ownership equity | The company chooses not to disclose |
|---|---|---|---|
| Total operating income | The company chooses not to disclose | Total profit | The company chooses not to disclose |
| Main business income in the total operating income | The company chooses not to disclose | Net profit | The company chooses not to disclose |
| Total tax paid | The company chooses not to disclose | Total liabilities | The company chooses not to disclose |

## Social Security Information

| Basic pension insurance for urban employees | 0 person | | Unemployment insurance | 0 person |
|---|---|---|---|---|
| Basic medical insurance for employees | 0 person | | Employment injury insurance | 0 person |
| Maternity insurance | 0 person | | | |
| Company's contribution base | Company's contribution base for urban employees' pension insurance | | The company chooses not to disclose | |
| | Company's contribution base for unemployment insurance | | The company chooses not to disclose | |
| | Company's contribution base for employees' medical insurance | | The company chooses not to disclose | |
| | Company's contribution base for maternity insurance | | The company chooses not to disclose | |
| Company's actual contribution | Company's actual contribution base for urban employees' pension insurance during this year | | The company chooses not to disclose | |
| | Company's actual contribution base for unemployment insurance during this year | | The company chooses not to disclose | |
| | Company's actual contribution base for employees' medical insurance during this year | | The company chooses not to disclose | |
| | Company's actual contribution base for employment injury insurance during this year | | The company chooses not to disclose | |
| | Company's actual contribution base for maternity insurance during this year | | The company chooses not to disclose | |
| | Company's total payment due for urban employees' pension insurance | | The company chooses not to disclose | |

| | | |
|---|---|---|
| | **Company's total payment due for unemployment insurance** | The company chooses not to disclose |
| | **Company's total payment due for employees' medical insurance** | The company chooses not to disclose |
| | **Company's total payment due for employment injury insurance** | The company chooses not to disclose |
| | **Company's total payment due for maternity insurance** | The company chooses not to disclose |

## External Guarantee Information

No external guarantee information is available

## Equity Change Information

No equity change information is available

## 2017 Annual Report

## Basic Information

**Unified social credit code/registration number**: 91330104MA27W95AXY

**Company name**: Zhejiang Computing Network Technology Co., Ltd.

**Company mailing address**: Room 407, Floor 4, Building 4, No. 9, Jiuhuan Road, Jiubao Town, Jianggan District, Hangzhou City, Zhejiang Province

**Zip code:** 000000

**Company contact number**:

**Company email address:**

**Number of employees**: The company chooses not to disclose

**Number of female employees:** The company chooses not to disclose

**Company operation status:** In normal operation

**Shareholding information:** The company chooses not to disclose

**If there is any investment information or if the company purchases share in other companies:** None

**If the company has a website or a web store:** None

**If the company has information of guaranty to other parties:** None

**If there is any transfer of equity in the limited company this year:** Yes

**Principal operations:** Computing

## Website and Web Store Information

No website and web store information is available

## Shareholder and Contribution Information

| Serial number | Shareholder's name | Contribution commitment amount (yuan) | Date of contribution commitment | Type of contribution commitment | Paid-in Contribution (yuan) | Date of paid-in contribution | Type of paid-in contribution |
|---|---|---|---|---|---|---|---|
| 1 | Suli Zhang | 6,000,000 | 1 December 2035 | Currency | 0 | | |
| 2 | Yuan Weng | 1,000,000 | 1 December 2035 | Currency | 0 | | |
| 3 | Feng Yang | 1,000,000 | 1 December 2035 | Currency | 960,000 | 17 March 2016 | Currency |
| 4 | Hangzhou Shuimuzehua Venture Investment Partnership (Limited Partnership) | 1,000,000 | 1 December 2035 | Currency | 0 | | |
| 5 | Zhejiang Shubei Investment Management Co., Ltd. | 1,000,000 | 1 December 2035 | Currency | 1,000,000 | 23 December 2015 | Currency |

## External Investment Information

No external investment information is available

## Company Asset Status Information

| | | | |
|---|---|---|---|
| **Total assets** | The company chooses not to disclose | **Total ownership equity** | The company chooses not to disclose |
| **Total operating income** | The company chooses not to disclose | **Total profit** | The company chooses not to disclose |
| **Main business income in the total operating income** | | | |

|  | The company chooses not to disclose | **Net profit** | The company chooses not to disclose |
|---|---|---|---|
| **Total tax paid** | The company chooses not to disclose | **Total liabilities** | The company chooses not to disclose |

## ▌   Social Security Information

| **Basic pension insurance for urban employees** | 2 persons | **Unemployment insurance** | 2 persons |
|---|---|---|---|
| **Basic medical insurance for employees** | 2 persons | **Employment injury insurance** | 2 persons |
| **Maternity insurance** | 2 persons |  |  |

| **Company's contribution base** | Company's contribution base for urban employees' pension insurance | The company chooses not to disclose |
|---|---|---|
|  | Company's contribution base for unemployment insurance | The company chooses not to disclose |
|  | Company's contribution base for employees' medical insurance | The company chooses not to disclose |
|  | Company's contribution base for maternity insurance | The company chooses not to disclose |
| **Company's actual contribution** | Company's actual contribution base for urban employees' pension insurance during this year | The company chooses not to disclose |
|  | Company's actual contribution base for unemployment insurance during this year | The company chooses not to disclose |
|  | Company's actual contribution base for employees' medical insurance during this year | The company chooses not to disclose |
|  | Company's actual contribution base for employment injury insurance during this year | The company chooses not to disclose |
|  | Company's actual contribution base for maternity insurance during this year | The company chooses not to disclose |
| **Company's contribution base** | Company's total payment due for urban employees' pension insurance | The company chooses not to disclose |
|  | Company's total payment due for unemployment insurance | The company chooses not to disclose |
|  | Company's total payment due for employees' medical insurance | The company chooses not to disclose |
|  | Company's total payment due for employment injury insurance | The company chooses not to disclose |

| | **Company's total payment due for maternity insurance** | The company chooses not to disclose |
|---|---|---|

## External Guarantee Information

No external guarantee information is available

## Equity Change Information

| Serial number | Name of shareholder | Equity ratio before change | Equity ratio after change | Date of equity change |
|---|---|---|---|---|
| 1 | Kefeng Mei | 60% | 0% | 9 March 2017 |