**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOLUKA GARMENT CO., LIMITED and HONGKUO TANG, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CANAAN, INC., NANGENG ZHANG, JIAXUAN LI, JIANPING KONG, QIFENG SUN, QUANFU HONG, CITIGROUP GLOBAL MARKETS INC., CHINA RENAISSANCE SECURITIES (HONG KONG) LIMITED, CMB INTERNATIONAL CAPITAL LIMITED, GALAXY DIGITAL ADVISORS LLC, HUATAI FINANCIAL HOLDINGS (HONG KONG) LIMITED, TIGER BROKERS (NZ) LIMITED, HAITONG INTERNATIONAL SECURITIES COMPANY LIMITED, and VIEWTRADE SECURITIES, INC.<br><br>Defendants. | Civil Action No. 1:20-cv-07139-JPO<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL L. CANTOR IN SUPPORT OF DEFENDANTS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** |

DANIEL L. CANTOR hereby declares under 28 U.S.C. § 1746 and penalty of perjury as follows:

1.      I am a member of the Bar of the State of New York and an attorney at O'Melveny & Myers LLP, counsel for Defendant Canaan Inc. ("Canaan") in the above-captioned action.

2.      I respectfully submit this supplemental declaration on behalf of Defendants to provide the Court with certain documents cited in Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss the Amended Class Action Complaint, dated March 8, 2021, filed concurrently herewith.  This declaration is based on my personal

knowledge, communications with attorneys working under my supervision, and a review of the true and correct copies of the documents attached to this declaration.

3.    Attached as exhibits hereto are the following documents:

Exhibit 10.    A true and correct copy of the Chinese-language version of the National Enterprise Credit Information Publicity System's Enterprise Credit Information Publicity Report for Hangzhou Canaan Creative Information Technology Co., Ltd.; and

Exhibit 11.    A true and correct copy of the Accounting Standards for Enterprises No. 36 - Disclosure of Affiliated Parties, accompanied by a certified translation from Chinese to English.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of March 2021 in New York, New York.

_/s/ Daniel L. Cantor_____
Daniel L. Cantor

2

SUPPLEMENTAL DECLARATION OF DANIEL L. CANTOR IN SUPPORT OF DEFENDANTS' REPLY IN FURTHER SUPPORT OF MOTION TO DISMISS