# EXHIBIT 10



# 国家企业信用信息公示系统

## NATIONAL ENTERPRISE CREDIT INFORMATION PUBLICITY SYSTEM

# 企业信用信息公示报告

| | |
|---|---|
| **企业名称** | 杭州嘉楠耘智信息科技有限公司 |
| **报告生成时间** | 2020/11/11 17:21:26 |
| **申请人邮箱** | yali@omm.com |

（报告内容仅供参考，具体内容请以国家企业信用信息公示系统查询页面为准）

# 政府部门公示信息

## ▌ 照面信息

**统一社会信用代码**：913301040648566680　　**企业名称**：杭州嘉楠耘智信息科技有限公司

**类型**：有限责任公司(台港澳法人独资)　　**法定代表人**：张楠赓

**注册资本**：30000 万人民币　　**成立日期**：2013年04月09日

**营业期限自**：2013年04月09日　　**营业期限至**：2068年03月14日

**登记机关**：杭州市市场监督管理局　　**核准日期**：2020年07月29日

**登记状态**：存续

**住所**：浙江省杭州市江干区九环路九号4号楼12楼1203室

**经营范围**：一般项目：计算机系统服务；软件开发；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；集成电路设计；集成电路芯片设计及服务；计算机软硬件及辅助设备零售；电子产品销售；非居住房地产租赁；机械设备租赁；（涉及国家规定实施准入特别管理措施的除外）(除依法须经批准的项目外，凭营业执照依法自主开展经营活动)。许可项目：技术进出口(依法须经批准的项目，经相关部门批准后方可开展经营活动，具体经营项目以审批结果为准)。

## ▌ 股东及出资信息

| 序号 | 股东名称 | 证照/证件类型 | 证照/证件号码 | 股东类型 |
|---|---|---|---|---|
| 1 | 嘉楠科技（香港）有限公司 | | | 企业法人 |

## ▌ 主要人员信息

| 序号 | 姓名 | 职位 | 序号 | 姓名 | 职位 |
|---|---|---|---|---|---|
| 1 | 孟璐 | 监事 | 2 | 张楠赓 | 执行董事兼总经理 |

## ▌ 分支机构信息

| 序号 | 名称 | 统一社会信用代码/注册号 | 登记机关 |
|---|---|---|---|
| 1 | 杭州嘉楠耘智信息科技有限公司上海分公司 | | |

## ▌ 变更信息

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| 1 | 经营范围变更 | 服务：计算机软硬件的技术开发、技术服务、技术咨询、成果转让，自有房屋租赁，电子产品租赁，机械设备租赁；零售：电子产品（除电子出版物），计算机；进出口：电子产品（国家法律、行政法规规定禁止经营的项目除外，法律、行政法规规定限制经营的项目取得许可证后方可经营）（涉及国家规定实施准入特别管理措施的除外）（依法须经批准的项目，经相关部门批准后方可开展经营活动） | 一般项目：计算机系统服务；软件开发；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广；集成电路设计；集成电路芯片设计及服务；计算机软硬件及辅助设备零售；电子产品销售；非居住房地产租赁；机械设备租赁；（涉及国家规定实施准入特别管理措施的除外）（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）。许可项目：技术进出口(依法须经批准的项目，经相关部门批准后方可开展经营活动，具体经营项目以审批结果为准)。 | 2020年07月29日 |
| 2 | 企业联络人员、财务人员 | 原联络员姓名:张静;原联络员固定电话:;原联络员移动电话:***********;原联络员电子邮箱:;原联络员身份证件类型:中华人民共和国居民身份证;原联络人员证件号码:*****************;原财务负责人姓名:陈达葳;原财务负责人固定电话:;原财务负责人移动电话:***********;原财务负责人电子邮箱:;原财务负责人证件名称:中华人民共和国居民身份证;原财务负责人身份证件号码:***************** | 现联络员姓名:张宁;现联络员固定电话:;现联络员移动电话:***********;现联络员电子邮箱:;现联络员身份证件类型:中华人民共和国居民身份证;现联络人员证件号码:*****************;现财务负责人姓名:陈达葳;现财务负责人固定电话:;现财务负责人移动电话:***********;现财务负责人电子邮箱:;现财务负责人证件名称:中华人民共和国居民身份证;现财务负责人身份证件号码:***************** | 2020年07月06日 |
| 3 | 章程备案 | | | 2020年07月06日 |
| 4 | 高级管理人员备案 | 姓名: 孔剑平; 证件号码: ******************; 职位: 董事; 姓名: 孙奇锋; 证件号码: ******************; 职位: 董事; 姓名: 屠松华; 证件号码: ******************; 职位: 监事; 姓名: 张楠赓; 证件号码: ******************; 职位: 董事长兼总经理; 姓名: 李佳轩; 证件号码: | 姓名: 孟璐; 证件号码: ******************; 职位: 监事; 姓名: 张楠赓; 证件号码: ******************; 职位: 执行董事兼总经理; | 2020年07月06日 |

| | | | | |
|---|---|---|---|---|
| | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事; | | |
| 5 | 高级管理人员备案 | 姓名: 刘向富; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 孔剑平; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 孙奇锋; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 张楠赓; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事长兼总经理 姓名: 李佳轩; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 秦风岭; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 监事 | 姓名: 孔剑平; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 孙奇锋; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 张楠赓; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事长兼总经理 姓名: 李佳轩; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 屠松华; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 监事 | 2019年01月30日 |
| 6 | 高级管理人员备案 | 姓名: 刘向富; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 吴敬杰; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 监事 姓名: 姚勇杰; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 监事会主席 姓名: 孔剑平; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 孙奇锋; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 张楠赓; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事长兼总经理 姓名: 李佳轩; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 秦风岭; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 监事 | 姓名: 刘向富; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 孔剑平; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 孙奇锋; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 张楠赓; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事长兼总经理 姓名: 李佳轩; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 董事 姓名: 秦风岭; 证件号码: \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*; 职位: 监事 | 2018年05月07日 |
| | | 企业名称: 杭州晟澜投资合伙企业（有限合伙）; 出资额: \*\*\*.\*\*\*\*万; 百分比: \*.\*\*\*\*% 企业名称: 无问西东有限公司; 出资额: \*\*\*万; 百分比: \*% 企业名称: | | |