# EXHIBIT 11

**Accounting Standards for Business Enterprises No. 36 -**
**Related Party Disclosures**

### Chapter I General Provisions

**Article 1** With a view to regulating the disclosure of information about related parties and transactions among them, these Standards are developed in accordance with the Accounting Standards for Business Enterprises - Basic Standards.

**Article 2** A business enterprise shall, in its financial statements, disclose the information about all related party relationships and the transactions among them. If it provides consolidated financial statements to the public, it is not required to disclose the transactions among the consolidated enterprises, but it shall disclose the related party relationships and the transactions among them beyond the scope of consolidation.

### Chapter II Related Parties

**Article 3** Where a party controls, commonly controls, or exercises substantial influence over another party, or where two or more parties are under the control, common control, or substantial influence of the same party, they are the related parties.

The term "control" refers to having the power to decide the financial and operational policies of a business enterprise and receive benefits from the business activities of the business enterprise.

The term "common control" refers to the joint control on economic activities in accordance with a contract, which exists only when the important financial and operational decisions relating to the economic activities require the consent of all investors.

1

The term "substantial influence" refers to having power to participate in deciding the financial and operational policies of a business enterprise, but such power is unable to control, alone or together with other parties, the decision of such policies.

**Article 4** The following parties constitute the related parties of a business enterprise:

(1) The parent company of the business enterprise;

(2) The subsidiaries of the business enterprise;

(3) Other business enterprises under the control of the same parent company of the business enterprise;

(4) The investors having common control over the business enterprise;

(5) The investors having substantial influence on the business enterprise;

(6) The joint ventures of the business enterprise;

(7) The associated parties of the business enterprise; and

(8) The key individual investors of the business enterprise and their close family members. The term "key individual investor" refers to an individual investor who can control or commonly control a business enterprise or has substantial influence on a business enterprise.

(9) Key managerial personnel of the business enterprise or of its parent company, and their close family members. The term "key managerial personnel" refers to those who have the power and responsibility to plan, direct, and control the activities of the business enterprise. The "close family members of a key individual investor or of a key managerial person" refer to the family members who may influence or be influenced by that individual in handling transactions with the business enterprise.

(10) Other business enterprises controlled, commonly controlled, or substantially influenced by the key individual investors or key managerial personnel of the business enterprises or their close family members.

**Article 5** Where a party only has the following relationship with a business enterprise, they are not related parties:

(1) Any capital provider, public utility units, government department, or government agency that has daily dealings with the business enterprise;

(2) Any customer, supplier, franchiser, distributor or agent that has a great deal of transactions and having financial dependence with the business enterprise; or

2

(3) Any joint venturer that has common control over a joint venture together with the business enterprise.

**Article 6** The business enterprises shall not be treated as related parties simply because they are all under the control of the state government but without any other affiliation.

## Chapter III Related Party Transaction

**Article 7** The term "related party transaction" refers to any activity where a transfer of resources, labor services, or obligations takes place between the related parties, with or without payment of consideration.

**Article 8** The types of related party transactions generally include the following:

(1) Purchasing or selling goods;

(2) Purchasing or selling assets other than goods;

(3) Providing or receiving labor services;

(4) Providing guaranty;

(5) Financing (including loans or equity investments);

(6) Leasing;

(7) Agency;

(8) Transfer of research and development projects;

(9) License agreements;

(10) Paying debts on behalf of a business enterprise, or by this business enterprise on behalf of another party; and

(11) Paying compensation for key managerial personnel.

## Chapter IV Disclosure

**Article 9** A business enterprise shall, in the notes to the financial statements, disclose the following information about its parent company and subsidiaries, regardless of whether there has been any related party transaction between them or not:

(1) The name of the parent company and subsidiaries.

Where the parent company is not the ultimate controller of the business enterprise, it shall also disclose the name of the ultimate controller.

Where neither the parent company nor the ultimate controller provides the financial statements to the public, it shall also disclose the name of the company, which is its closest superior parent company providing the financial statements to the public;

(2) The nature of business, place of incorporation or registration, and registered capital (or paid-in capital or stock capital) of its parent company and subsidiaries, and the changes thereof, if any; and

(3) The shareholding percentage and voting right percentage of the parent company in the business enterprise, or the shareholding percentage and voting right percentage of the business enterprise in its subsidiaries.

**Article 10** Where there were transactions between a business enterprise and its related party or parties, it shall disclose the nature of the related party relationship, types of transactions and elements of transactions in the notes to its financial statements. The elements of transactions shall at least include:

(1) Amount of transactions;

(2) Amount, terms and conditions of the outstanding items, and information about the guaranties granted to others or obtained;

(3) Amount of provision for non-performing debts under the outstanding items; and

(4) Pricing policies.

**Article 11** Related party transactions shall be disclosed for each related party and by type of transactions separately.

The related party transactions of similar types may be disclosed in aggregate if such disclosure would not affect the correct understanding of readers regarding the effect of related party transactions on the financial statements.

**Article 12** No business enterprise may disclose a related party transaction as an arm's length transaction unless it provides sufficient and conclusive evidence to that effect.

4



# TRANSLATION CERTIFICATION

Date: March 4, 2021

To whom it may concern:

This is to certify that the attached translation from Chinese into English is an accurate representation of the documents received by this office.

The documents are designated as:

- Accounting Standard for Business Enterprises No. 36 - Related Party Disclosure

Eugene Li, Project Manager, attests to the following:

"To the best of my knowledge, the aforementioned documents are a true, full and accurate translation of the specified documents. I affirm that the provided translation was produced under the ISO 9001:2015 certified quality management process and the agents responsible for the specified translations are qualified to translate and review documents for the above language pair."

Signature of Eugene Li

# 企业会计准则第 36 号——关联方披露

## 第一章　总则

第一条　为了规范关联方及其交易的信息披露，根据《企业会计准则——基本准则》，制定本准则。

第二条　企业财务报表中应当披露所有关联方关系及其交易的相关信息。对外提供合并财务报表的，对于已经包括在合并范围内各企业之间的交易不予披露，但应当披露与合并范围外各关联方的关系及其交易。

## 第二章　关联方

第三条　一方控制、共同控制另一方或对另一方施加重大影响，以及两方或两方以上同受一方控制、共同控制或重大影响的，构成关联方。

控制，是指有权决定一个企业的财务和经营政策，并能据以从该企业的经营活动中获取利益。

共同控制，是指按照合同约定对某项经济活动所共有的控制，仅在与该项经济活动相关的重要财务和经营决策需要分享控制权的投资方一致同意时存在。

1

重大影响，是指对一个企业的财务和经营政策有参与决策的权力，但并不能够控制或者与其他方一起共同控制这些政策的制定。

第四条　下列各方构成企业的关联方：

（一）该企业的母公司。

（二）该企业的子公司。

（三）与该企业受同一母公司控制的其他企业。

（四）对该企业实施共同控制的投资方。

（五）对该企业施加重大影响的投资方。

（六）该企业的合营企业。

（七）该企业的联营企业。

（八）该企业的主要投资者个人及与其关系密切的家庭成员。主要投资者个人，是指能够控制、共同控制一个企业或者对一个企业施加重大影响的个人投资者。

（九）该企业或其母公司的关键管理人员及与其关系密切的家庭成员。关键管理人员，是指有权力并负责计划、指挥和控制企业活动的人员。与主要投资者个人或关键管理人员关系密切的家庭成员，是指在处理与企业的交易时可能影响该个人或受该个人影响的家庭成员。

（十）该企业主要投资者个人、关键管理人员或与其关系密切的家庭成员控制、共同控制或施加重大影响的其他企业。

第五条　仅与企业存在下列关系的各方，不构成企业的关联方：

（一）与该企业发生日常往来的资金提供者、公用事业部门、政府部门和机构。

（二）与该企业发生大量交易而存在经济依存关系的单个客户、

2

供应商、特许商、经销商或代理商。

（三）与该企业共同控制合营企业的合营者。

第六条　仅仅同受国家控制而不存在其他关联方关系的企业，不构成关联方。


# 第三章　关联方交易


第七条　关联方交易，是指关联方之间转移资源、劳务或义务的行为，而不论是否收取价款。

第八条　关联方交易的类型通常包括下列各项：

（一）购买或销售商品。

（二）购买或销售商品以外的其他资产。

（三）提供或接受劳务。

（四）担保。

（五）提供资金（贷款或股权投资）。

（六）租赁。

（七）代理。

（八）研究与开发项目的转移。

（九）许可协议。

（十）代表企业或由企业代表另一方进行债务结算。

（十一）关键管理人员薪酬。


# 第四章　披露

**第九条** 企业无论是否发生关联方交易，均应当在附注中披露与母公司和子公司有关的下列信息：

（一）母公司和子公司的名称。

母公司不是该企业最终控制方的，还应当披露最终控制方名称。

母公司和最终控制方均不对外提供财务报表的，还应当披露母公司之上与其最相近的对外提供财务报表的母公司名称。

（二）母公司和子公司的业务性质、注册地、注册资本（或实收资本、股本）及其变化。

（三）母公司对该企业或者该企业对子公司的持股比例和表决权比例。

**第十条** 企业与关联方发生关联方交易的，应当在附注中披露该关联方关系的性质、交易类型及交易要素。交易要素至少应当包括：

（一）交易的金额。

（二）未结算项目的金额、条款和条件，以及有关提供或取得担保的信息。

（三）未结算应收项目的坏账准备金额。

（四）定价政策。

**第十一条** 关联方交易应当分别关联方以及交易类型予以披露。类型相似的关联方交易，在不影响财务报表阅读者正确理解关联方交易对财务报表影响的情况下，可以合并披露。

**第十二条** 企业只有在提供确凿证据的情况下，才能披露关联方交易是公平交易。