# Exhibit 1

# Exhibit 1

# B-3 Timeline and Responsibility Chart:
## Level 3 ADR IPO

**Parties:**

| | | |
|---|---|---|
| I: Issuer | IC: Issuer's U.S. Counsel |
| UW: U.S. Underwriters and Non-U.S. Managers | ILC: Issuer's Local Counsel |
| A: Auditors | UC: Underwriters'/Managers' U.S. Counsel |
| Dep.: Depositary | ULC: Underwriters'/Managers' Local Counsel |
| SE: U.S. National Stock Exchange | Dep.C.: Depositary's Counsel |

| DATES | ACTION | RESPONSIBLE PARTY |
|---|---|---|
| **Prior to Week 1** | Engagement letter with underwriters signed | I, IC, ILC, UW, UC, ULC |
| | Commence preparation of necessary financial statements in U.S. GAAP or, if applicable, local GAAP with a reconciliation to U.S. GAAP and otherwise discuss financial statement requirements | I, A |
| | Analyze any tax and investment company issues, including confirmation that the issuer is not a "passive foreign investment company" under U.S. federal income tax regulations or an "investment company" for U.S. Investment Company Act of 1940 purposes | I, IC |
| | Organizational meeting | Working Group |
| **Weeks 1 & 2** | Select managers | I |
| | Commence due diligence (documentary diligence request list sent by underwriters'/managers' counsel to issuer's counsel; management presentations; auditor due diligence; legal, financial, business and accounting review) | I, IC, ILC, UW, UC, ULC, A |
| | Commence preparation of initial draft of Form F-1 registration statement and Form 8-A registration statement | I, IC, ILC, UW, UC |
| | Commence preparation of initial draft of Form F-6 registration statement | Dep.C. |
| | Discuss procedures for obtaining any required approvals from local regulatory authorities | IC, ILC, UC, ULC |
| | Select financial printer | I |
| | Select securities exchange and reserve (or determine availability of) trading symbol | I, IC |

*Note: Timeline assumes approximately 2 months for drafting registration statement and approximately 2.5 months to clear SEC review process. Compliance with non-U.S. laws and regulations (including local ones) may lengthen the time required to complete the offering and are not covered by this timeline.*

*B-3 Timeline and Responsibility Chart: Level 3 ADR IPO*

| DATES | ACTION | RESPONSIBLE PARTY |
|---|---|---|
| | Determine desirability of pre-filing conferences or submissions with SEC (if necessary) | A, I, IC, UC |
| | Draft directors and officers questionnaires | I, IC |
| | Draft powers of attorney for registration statement and amendments thereto, if needed | I, IC |
| | Prepare for and hold any board of directors or stockholder meetings (or consent actions in lieu thereof) necessary to authorize the offering | I, IC, ILC |
| | Commence negotiations with lenders and other parties concerning consents, waivers and amendments for conditions that would restrict offering or use of proceeds | I, IC |
| **Weeks 3 & 4** | Continue and finalize due diligence | IC, ILC, UC, ULC |
| | Continue drafting registration statements on Form F-1, Form 8-A and Form F-6 | I, IC, ILC, UW, UC, Dep.C. |
| | Hold meetings to review registration statements (including consideration of whether there will be different forms for U.S. and non-U.S. prospectuses) | Working Group |
| | Draft underwriting agreement | UC |
| | Draft deposit agreement | Dep., Dep.C. |
| | Discuss comfort letter content and procedures | UC, UW, A |
| | Send directors and officers questionnaires to directors, officers and 10% stockholders | I, IC |
| | Commence preparation of securities exchange listing application | I, IC |
| | Circulate drafts of financial statements | A |
| | Obtain completed questionnaires and powers of attorney from directors, officers and 10% stockholders and provide copies to underwriters/managers | I, IC |
| **Weeks 5 & 6** | Drafting sessions to review and finalize registration statements on Form F-1, Form 8-A and Form F-6 | Working Group |
| | Assemble exhibits to registration statements (including English translations of documents originally written in foreign languages) | I, IC, ILC |

*Note: Timeline assumes approximately 2 months for drafting registration statement and approximately 2.5 months to clear SEC review process. Compliance with non-U.S. laws and regulations (including local ones) may lengthen the time required to complete the offering and are not covered by this timeline.*

*B-3 Timeline and Responsibility Chart: Level 3 ADR IPO*

| DATES | ACTION | RESPONSIBLE PARTY |
|---|---|---|
| | Circulate proofs of registration statements (including draft financial statements) and underwriting agreement to board of directors | I, IC |
| | Determine which exhibits, if any, require confidential treatment | I, IC, ILC |
| | Finalize financial statements | I, A |
| | Circulate draft comfort letter | A |
| | Finalize underwriting agreement | UC, IC |
| | Finalize deposit agreement | Dep.C. |
| | Provide list of states in which shares are to be offered | UW, UC |
| | Commence preparation of preliminary blue sky survey | UC |
| | Prepare draft of road show presentation | UW, I |
| **Weeks 7 & 8** | Finalize corporate approvals, including board of directors meetings to approve offering, registration statements, form of underwriting agreement, form of deposit agreement, appointment of depositary, all necessary corporate clean-up matters and pricing committee establishment | I, IC, ILC |
| | Hold stockholders' meeting to approve all corporate clean-up matters (if necessary) | I, IC, ILC |
| | File registration statements with SEC (including exhibits) via EDGAR | IC |
| | Submit confidential treatment requests to SEC if applicable | IC |
| | File registration statements and related materials with FINRA using its Public Offering System | UC |
| | File securities exchange application | I, IC |
| | Issue press release announcing filing of registration statements | I, IC, ILC, UW, UC, ULC |
| **Weeks 9-11** | Prepare applications to The Depository Trust Company (DTC) and Clearstream and Euroclear, if necessary | Dep.C. |
| | Proceed with blue sky qualifications, as designated by underwriters | UC, UW |
| | Apply for CUSIP number; send copy of registration statements to CUSIP Service Bureau | UW |
| | Continue preparation of road show materials | I, IC, ILC, UW, UC, ULC |

*Note: Timeline assumes approximately 2 months for drafting registration statement and approximately 2.5 months to clear SEC review process. Compliance with non-U.S. laws and regulations (including local ones) may lengthen the time required to complete the offering and are not covered by this timeline.*

*B-3 Timeline and Responsibility Chart: Level 3 ADR IPO*

| DATES | ACTION | RESPONSIBLE PARTY |
|---|---|---|
| | Commence drafting legal opinions and closing documents | IC, ILC, UC, ULC |
| | Complete underwriters'/managers' due diligence | UW |
| | Establish arrangements for flow of funds at closing | I, UW |
| **Week 12** | Receive SEC comment letter and distribute to working group | I, IC |
| | Meeting of all parties to discuss SEC comments (if necessary) and begin drafting response letter | Working Group |
| | Correspond with securities exchange | I, IC |
| **Week 13** | File Amendment No. 1 to registration statement and response to SEC comments with SEC and send courtesy copies to SEC examiners | IC |
| | File Amendment No. 1 to registration statement and other offering documents with FINRA | UC, UW |
| | File Amendment No. 1 to registration statement with securities exchange | IC |
| **Week 14** | Finalize road show presentation | I, IC, ILC, UW, UC, ULC |
| | Receive SEC comments on Amendment No. 1 to registration statement and distribute to working group | I, IC |
| | Obtain CUSIP number | UW |
| | Prepare proof of ADR, clear with working group and send to banknote printer | Dep., Dep.C. |
| **Week 15** | File Amendment No. 2 to registration statement (including any unfiled exhibits) and response to SEC comments with SEC and send courtesy copies to SEC examiners | IC |
| | File Amendment No. 2 to registration statement with FINRA | UC, UW |
| | File Amendment No. 2 to registration statement with securities exchange | IC |
| | Finalize comfort letter | UC, A, UW |
| | Print preliminary prospectus | Working Group |
| **Week 16** | Commence road show | I, UW |
| | Sales force meetings | UW |
| | Receive SEC comments on Amendment No. 2 to registration statement | Working Group |

*Note: Timeline assumes approximately 2 months for drafting registration statement and approximately 2.5 months to clear SEC review process. Compliance with non-U.S. laws and regulations (including local ones) may lengthen the time required to complete the offering and are not covered by this timeline.*

*B-3 Timeline and Responsibility Chart: Level 3 ADR IPO*

| DATES | ACTION | RESPONSIBLE PARTY |
|---|---|---|
| | Clear all outstanding comments with SEC | Working Group |
| | Draft closing agenda and distribute to working group | UC |
| **Week 17** | File Amendment No. 3 to registration statement and response to SEC comments with SEC and send courtesy copies to SEC examiners | IC |
| | File Amendment No. 3 to registration statement with FINRA | UC, UW |
| | File Amendment No. 3 to registration statement with securities exchange | IC |
| | Obtain FINRA clearance of underwriting arrangements and deliver notification to SEC | UC, UW |
| | Obtain approval of listing from securities exchange | I, IC |
| | Continue road show | I, UW |
| | Determine printing quantities of final prospectuses and label and mailing instructions | UW |
| **Week 18** | Hold final underwriters'/managers' due diligence meeting, if necessary, with representatives of the underwriting group | Working Group |
| | File acceleration request for registration statements with SEC | I, IC |
| | Prepare legal opinions, certificates, DTC letter of representations, form of ADR and other closing documents; order good standing certificates | UC, ULC, IC, ILC |
| | Have SEC declare registration statements "effective" (usually occurs two business days after acceleration request filed) | IC |
| | Hold pricing committee meeting to approve pricing, final prospectus, final underwriting agreement and final deposit agreement | I, IC |
| | Notify securities exchange and lead underwriters of effectiveness of registration statements | I, UW |
| | Determine final offering price and underwriting discounts | I, UW |
| | Sign underwriting agreement | I, UW |
| | Deliver comfort letter | A |
| | Send final changes to prospectus and underwriting agreement to financial printer | Working Group |

*Note: Timeline assumes approximately 2 months for drafting registration statement and approximately 2.5 months to clear SEC review process. Compliance with non-U.S. laws and regulations (including local ones) may lengthen the time required to complete the offering and are not covered by this timeline.*

*B-3 Timeline and Responsibility Chart: Level 3 ADR IPO*

| DATES | ACTION | RESPONSIBLE PARTY |
|-------|--------|-------------------|
| | Give financial printer labels and mailing instructions for final prospectus | UW |
| | Advise blue sky commissions of final terms of offering where required and complete and distribute final blue sky survey | UC |
| | File final prospectus with SEC (file within two days of the earlier of the date the final prospectus is first used or the date the offering price is determined) | IC |
| | Print final prospectuses in quantity determined by underwriters | I |
| | Deliver copy of final prospectus to FINRA, DTC, securities exchange and blue sky authorities | UC, IC |
| | Execute any foreign exchange contracts in connection with conversion of dollars on closing date | I |
| | Issue press release as to pricing terms | I, IC, ILC, UW, UC, ULC |
| | Prepare "tombstone" advertisement | UW, UC |
| **Week 19** | Listing ceremony at stock exchange | I |
| | Provide names and denominations to issuer and depositary for ADRs | UW |
| | Execute and deliver to DTC the issuer's letter of representations | I, IC |
| | Provide participant allocations to DTC | UW |
| | Bring-down due diligence call | Working Group |
| | Sign deposit agreement | I, Dep. |
| | Close and settle offering (includes the delivery of all closing documents pursuant to the closing agenda) | Working Group |
| **Week 20** | Send CD of closing documents to all parties | UC |

*Note: Timeline assumes approximately 2 months for drafting registration statement and approximately 2.5 months to clear SEC review process. Compliance with non-U.S. laws and regulations (including local ones) may lengthen the time required to complete the offering and are not covered by this timeline.*